1

BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: bdp@eblawyers.com
_____

Attorneys for 87th Street, LLC

2

3

4

5

6          **IN THE UNITED STATES BANKRUPTCY COURT**

7          **FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| In re: | Chapter 11 |
| 87TH STREET, LLC, an Arizona limited liability company, | Case No. 2:22-bk-001168-EPB |
| EIN 81-2556473 | **DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(f)** |
| Debtor. | |

9

10

11

12

13

14        87th Street, LLC ("Debtor") hereby moves, pursuant to 11 U.S.C. §§ 363(b) and (f) for

15 entry of an Order authorizing the sale of the Debtor's real property located at 3914 N. 87th

16 St., Scottsdale, Arizona 85251 (the "Property"), free and clear of all claims, liens, adverse

17 interests and encumbrances, upon the terms and conditions set forth below. The legal

18 description of the Property is:

19        Lot 2019, PARK SCOTTSDALE 15, according to the plat of record in the
20        Office of the County Recorder of Maricopa County, Arizona, recorded in Book
          130 of Maps, Page 36.

21        The terms of the proposed sale are set forth in the Residential Resale Real Estate

22 Purchase Contract attached hereto as **Exhibit "A"** (the "Purchase Contract"), and include a

23 purchase price of $940,000. Debtor anticipates that the net sale proceeds will be more than

24 sufficient to pay in full all claims against this estate, which total less than $400,000 (exclusive

25 of administrative expenses). The terms of the proposed sale are summarized as follows. In the

26 event of any conflict between the following summary and the Purchase Contract, the Purchase

27 Contract shall control.

| Time and place of sale: | Private sale. Close of escrow to occur on or before June 30, 2022 or sooner by mutual agreement. Closing is subject to entry of an order of this Court approving the sale. |
| Name of buyer: | MwM Vicsdale LLC ("Buyer") |
| Insider status: | Buyer is not an insider of the Debtor |
| Description of Property to be sold: | Real property located at 3914 N. 87th St., Scottsdale, Arizona 85251, including fixtures and appliances. |
| Liens and encumbrances: | Property will be sold free and clear of Deed of Trust held by Black Canyon Anesthesia PC PSP ("Secured Creditor"), which will be paid in full at closing from sale proceeds absent any dispute as to the amount owed. All liens will attach to the sale proceeds in order of their respective priority. A preliminary title commitment listing other known interests in the Property is attached hereto as **Exhibit "B."** |
| Terms of offer: | $940,000 purchase price. A $50,000 earnest deposit has already been deposited in escrow. Earnest deposit and balance of purchase price to be paid upon close of escrow. Debtor shall be entitled to remain in possession for 60 days after close of escrow. |
| Property available for viewing: | The Property will not be made available for viewing to the public. It is available for viewing by Buyer in the manner provided in the Purchase Agreement. |
| Higher and better bids: | The offer is not subject to higher and better bids. |
| Date for filing objections: | Objections must be filed and served within 14 days from service of notice of the motion. |
| Compensation: | A commission equal to 6% of the sale price will be split equally between Debtor's broker R.O.I. Properties, LLC (Beth Jo Zeitzer, agent) and Buyer's broker E-V Real Estate Holdings, LLC dba Vicsdale (Eve Treger, agent). Neither the brokers nor the individual agents are insiders of Debtor. |
| Appraisal: | There has been no appraisal of the Property, but Debtor's broker recommended a listing price of $890,000 based upon the comparable property report attached hereto as **Exhibit "C."** The offer exceeds the suggested listing price by $50,000. |
| Stay Relief Motions: | Secured Creditor filed a stay relief motion on April 15, 2022 (Dkt. 26). |

Debtor requests that the Court also find that Buyer is a "good faith" purchaser entitled to the protections of 11 U.S.C. § 363(m). Debtor believes that the sale of the Property to Buyer is the highest and best offer that Debtor will receive for the Property, and that approval of the sale is in the best interest of Debtor and the bankruptcy estate.

This Motion is supported by the following Memorandum of Points and Authorities and the papers and pleadings on file, all of which are incorporated herein by this reference.

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

## MEMORANDUM OF POINTS AND AUTHORITIES

I.      **FACTS AND PROCEDURAL HISTORY.**

     **A.      Parties and Jurisdiction.**

     1.      On February 28, 2022 (the "Filing Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. No trustee, examiner, or official committee of unsecured creditors has been appointed to date.

     2.      Debtor is acting as debtor-in-possession pursuant to 11 U.S.C. § 1107.

     3.      Debtor is a single asset real estate company whose sole member is Jaime Chamberlain.

     4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a). This is a "core" matter pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). The Court has constitutional authority to enter a final judgment disposing of this Motion.

     **B.      Known Interests in the Property.**

     5.      The Property is subject to a deed of trust in favor of Secured Creditor, which secures payment under a promissory note dated May 10, 2016 in the original principal amount of $400,000. The note matured on May 10, 2021.

     6.      Secured Creditor recorded a notice of trustee's sale against the Property, contending that the Note was in default for failure to pay the outstanding balance due on maturity. The trustee's sale was set for March 1, 2022. Debtor did not have the ability to pay the Note in full prior to the trustee's sale, and filed the instant bankruptcy petition in order to protect the substantial equity in the Property.

     7.      According to a payoff statement provided by the substitute trustee under Secured Creditor's deed of trust, as of the Filing Date, the outstanding balance of Secured Creditor's claim was $393,799.54. That figure included a principal balance of $369,672.81. Interest accrues at the rate of 5% per annum, which equates to $50.64 per diem.

     8.      In addition to Secured Creditor, the only other known lienholder is the Maricopa County Treasurer, which holds a statutory lien for real property taxes. Real property

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

taxes were paid current as of the Filing Date, but the Maricopa County Treasurer has filed a proof of claim for $2,858.57, which includes the second half of 2021 property taxes in the amount of $886.19 (not delinquent until May 2, 2022) and estimated 2022 property taxes.

9. There are no other known liens securing monetary claims against the Property. A copy of the encumbrances and interests discovered during the preliminary title search of the Property is attached hereto as Exhibit "B."

**C.      Other Known Claims against the Estate.**

10. There are no other known claims, secured or unsecured, against Debtor's bankruptcy estate. No bar date for filing proofs of claim has yet been established.

11. At the time Debtor was formed, its sole member Jaime Chamberlain was married to Ricki Lee Wells. Ms. Chamberlain and Mr. Wells are presently involved in a marital dissolution proceeding pending in Maricopa County Superior Court, Case No. FC2021-003831 (the "Family Court Case"). Mr. Wells is not a member or manager of the Debtor, and does not hold an interest in the Property itself. But, he may claim a community property interest in the membership interest in Debtor. A copy of this Motion and the accompanying notice of filing will be sent to Mr. Wells at his last known address (where he was served with the petition in the Family Court Case) and to his counsel of record in the Family Court Case.

12. The Internal Revenue Service has recorded notices of tax liens against Ms. Chamberlain and Mr. Wells, copies of which are attached hereto as **Exhibit "D**," in the amounts of $138,040.43 and $27,403.40 (a total of $165,443.83). The notices do <u>not</u> name Debtor, and Debtor does not have reason to believe that the Internal Revenue Service asserts that Debtor is liable for any individual tax liabilities of Ms. Chamberlain or Mr. Wells. Accordingly, Debtor asserts that the Internal Revenue Service is not a creditor of the estate and does not hold any interest in the Property. But, out of an abundance of caution, Debtor will serve a copy of this Motion and the accompanying notice of filing on the Internal Revenue Service so that it may have notice and an opportunity to object.

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

**D.    The Proposed Sale.**

13.    Debtor has determined that selling the Property is the best option for reorganization. To that end, on April 13, 2022, Debtor applied to the Court for employment of its listing broker R.O.I. Properties, LLC (Dkt. 21).

14.    R.O.I. prepared a comparable sale report for the Property, a copy of which is attached hereto as Exhibit "C," which reflects that comparable properties have recently sold for between $636,000 to $975,000.

15.    The Property is located within the Park Scottsdale subdivision of Scottsdale, where the average home has 1,816 square feet ("SF") of living space, and was constructed between 1970 and 1972. The Property is a single-story semi-custom home built in 1971 which features 2,180 square feet of living space, four bedrooms and two bathrooms. The Property has been completely renovated including all windows, fixtures, case work and major household systems. It is in good condition displaying typical depreciation; albeit with some excess wear and tear on the bamboo flooring. Exterior amenities include a covered patio and private swimming pool.

16.    According to R.O.I., a good recently closed comparable sale would be 8638 E Whitton Ave, which is about 1/3 of a mile to the south of the subject property. It was built in 1970 and has 2,014 SF of living space with four bedrooms and two bathrooms. It has been completely renovated, similar to the Property and features a private swimming pool. It was listed for $799,000 and sold for $875,000 ($434.46/SF), on April 8, 2022, after 33 days on the market.

17.    Another notable sale would be 8534 E Monterey Way, a little less than one mile to the south of the Property. The home has 2,358 SF of living space (178 SF larger than the Property), with four bedrooms and two bathrooms. It has been recently renovated with a similar level of finish. There is also a private swimming pool. It sold for $925,000 ($392.28/SF), on December 8, 2021, after 34 days on the market. There was a $5,000 seller concession, which brings the net sales price to $920,000 ($390.16/SF).

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

18.     Based upon the foregoing considerations, R.O.I. suggested listing the Property for sale at $890,000.

19.     Before R.O.I. listed the Property for sale on the multiple listing service, Buyer learned that the Property would be "coming soon" to the market and placed an offer to buy the Property for $930,000. Debtor submitted a counteroffer with a purchase price of $950,000 and the right to remain in possession for 60 days after closing. Buyer proposed two alternative counteroffers: (a) a $950,000 sale price with the right to remain in possession for 30 days after closing; or (b) a $940,000 sale price with the right to remain in possession for 60 days after closing. Debtor accepted the latter proposal, subject to this Court's entry of an order approving the sale

20.     To the best of Debtor's knowledge, Buyer has no relationship to the Debtor, the U.S. Trustee's Office or the Debtor's estate. Buyer has acted in good faith with respect to the Purchase Contract, has offered to pay valuable consideration for the Property, and is entitled to the status of a good-faith purchaser under 11 U.S.C. § 363(m).

21.     The sale of the Property shall be "as is/where is," and except as expressly set forth in the Purchase Contract, Debtor makes no warranties, implied or expressed, regarding the Property. 11 U.S.C. § 363(b)(1) authorizes the Debtor, after notice, to sell property of the estate other than in the ordinary course of business. Additionally, the Debtor will comply with Rule 6004, Fed.R.Bank.P., and Local Bankruptcy Rule 6004-1 for the District of Arizona, which requires that sales of property not in the ordinary course of business be supported by motion, detailed notice and opportunity for hearing.

22.     Pursuant to 11 U.S.C. § 363(f), the Property shall be sold free and clear of all claims, liens, encumbrances and/or adverse interests (including any claims for successor liability or similar theories of liability), except for those interests and encumbrances disclosed in Items 11 through 14 of Schedule B, Part II of the title commitment attached as Exhibit "B" hereto (the "Permitted Encumbrances"). Debtor shall execute a special warranty deed conveying title to the Property to Buyer upon close of escrow.

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

23.     All liens against the Property will attach to the sale proceeds in the order of their respective priority.

24.     Debtor will pay, at closing from the proceeds of the sale: (a) all outstanding real property taxes assessed against the Property for the 2021 tax year; (b) pro-rated real property taxes for 2022 through the date of the closing of the sale; (c) the broker's commission equal to 6% of the gross purchase price; (d) all other closing costs for which Debtor is responsible under the terms of the Purchase Contract; and (e) the amount necessary to satisfy in full the secured indebtedness owing to Secured Creditor, inclusive of the Filing Date balance of $393,799.54 plus interest at $50.64 per diem from the Filing Date until the principal has been paid in full. If Secured Creditor asserts that any additional money is due, and Debtor disputes such assertion, then Debtor will seek to resolve the dispute with Secured Creditor. If the dispute cannot be resolved voluntarily, Debtor will pay the undisputed amount at closing, and funds sufficient to pay the disputed amount will be held back in escrow pending further Court order determining Secured Creditor's right to such funds.

25.     Debtor respectfully requests that the Court exercise its discretion under Bankruptcy Rule 6004(h) and waive the fourteen-day stay of the Order granting Debtor authority to sell the Property. Given the extraordinary amount of equity in the Property in excess of the amount necessary to satisfy claims against the estate, and the fact that Debtor intends to provide ample notice to creditors and parties-in-interest of the filing of this Motion and of the opportunity to object thereto, there is no material purpose to be served by delaying the effectiveness of an order approving the sale—particularly if there are no viable, timely filed objections.

## II.     The Court Should Approve the Sale of the Property.

"The Court's obligations in § 363(b) sales is to assure that optimal value is realized by the estate under the circumstances. Ordinarily, the position of the trustee is afforded deference, particularly where business judgment is entailed in the analysis or where this is no objection." *In re Lahijani,* 325 B.R. 282, 288-89 (9th Cir. BAP 2005).

142320.1{0006529.0000/01337556.DOC / }

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

1  Courts look to various factors to determine whether to approve a motion under section

2  363(b), such as: (i) whether a sound business reason exists for the proposed transaction; (ii)

3  whether fair and reasonable consideration is provided; (iii) whether the transaction has been

4  proposed and negotiated in good faith; and (iv) whether adequate and reasonable notice is

5  provided. *In re Condere,* 228 B.R. 615, 626 (S.D. Miss. 1998).

6  The proposed sale of the Property satisfies the foregoing requirements. Under the

7  Purchase Contract, Buyer has offered to purchase the Property for $50,000 more than the list

8  price suggested by Debtor's listing broker. With the $940,000 purchase price, Debtor

9  anticipates that the sale proceeds (net of the amount necessary to satisfy Secured Creditor's

10  lien, commissions, and other closing costs), the sale proceeds will allow the Debtor to pay

11  100% of its debts in full. And, the Purchase Contract is for all cash, with no contingencies,

12  inspections, or other delays. Accordingly, Debtor believes that approval of the sale of the

13  Property to Buyer, upon the terms and conditions set forth in the Purchase Contract, is

14  appropriate and in the best interest of the bankruptcy estate.

15  **III.   CONCLUSION.**

16  For the foregoing reasons, Debtor respectfully requests that the Court enter an Order:

17  (a) approving the sale of the Property on the terms set forth in the Purchase Contract and this

18  Motion, subject to such modifications to the Purchase Contract that Debtor and Buyer may

19  agree to prior to closing and disclose in advance to the Court and to any persons entitled to

20  notice thereof; (b) authorizing Debtor to execute any documentation necessary to consummate

21  the sale of the Property; (c) determining that Buyer  is entitled to the status of a good-faith

22  purchaser under 11 U.S.C. § 363(m); (d) waiving the fourteen-day stay pursuant to Rule

23  6004; and (e) granting such other and further relief as the Court deems just and proper**.**

24  **DATED** this 21st day of April, 2022.

25  **ENGELMAN BERGER, P.C.**

26  By: */s/ Bradley D. Pack*

27  Bradley D. Pack
Attorneys for Debtor 87th Street, LLC

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

1

2 **COPY** of the foregoing automatically served
via the Court's ECF system and e-mailed
this 21st day of April, 2022 to:

3

4 Peter Muthig
Maricopa County Attorney's Office
225 W. Madison Ave.

5 Phoenix, AZ 85003
muthigk@mcao.maricopa.gov

6 Attorneys for Maricopa County Treasurer

7 Keith M. Knowlton
Keith M. Knowlton, L.L.C.

8 9920 S. Rural Road, Suite 108
PMB# 132

9 keithknowlton@msn.com
Attorneys for Black Canyon Anesthesia PC PSP

10

11 Larry Watson
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204

12 Phoenix, AZ 85003
Larry.Watson@usdoj.gov

13

14 Eve Treger
Vicsdale
7025 E Berneil Dr.

15 Paradise Valley, AZ 85253
evetreger@gmail.com

16 Buyer's Broker

17 Jason Privette
WFG National Title Insurance Company

18 14500 N Northsight Blvd., Ste 209
Scottsdale AZ 85260

19 JPrivette@wfgtitle.com
Escrow Agent

20

21 **COPY** of the foregoing mailed
this 21st day of April 2022 to:

22 Ricki Lee Wells
600 Broadway, Unit 1901

23 Nashville, TN 37203

24 DeeAn Gillespie
Gillespie Shields

25 7319 N 16th St.
Phoenix, AZ 85020

26 Attorneys for Ricki Lee Wells

27

Internal Revenue Service
Centralized Lien Operation
P.O. Box 145595
Stop 8420G
Cincinnati, OH 45250-5595

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St.
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

By: */s/Lydia K. Miller*
      Lydia K. Miller
      Legal Assistant

# EXHIBIT A

DigiSign Verified: C9ACF065-84DD-418F-AB78-A603D0A9970A

Vicsdale

# COUNTER OFFER ___ 2 ___

Document updated:
June 2021



The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.

 

1. This is a Counter Offer originated by:  ☐ Seller  ☒ Buyer  ☐ Landlord  ☐ Tenant
2. This is a Counter Offer to the  ☐ Offer  ☒ Counter Offer dated __04/14/2022__ between the following Parties:
   <sub>MO/DA/YR</sub>
3. Seller/Landlord: **87TH STREET LLC**
4. Buyer/Tenant: **MwM Vicsdale LLC**
5. Premises Address: **3914 N 87th St, Scottsdale, AZ  85251-5035**
6. Acceptance of the above Offer and/or Counter Offer is contingent upon agreement to the following:
7. **1. Purchase price to be $940,000.00.**
8. **2. Buyer to offer Seller 60 days post possession for zero dollars.**
9. **3. Earnest deposit to be $50,000.00 and will be held in escrow and released upon court**
10. **approval.**
11. **4. Close of escrow to be 06/30/22 or sooner by mutual agreement pending court approval.**
12.
13. **5. All appliances shall remain in the property. Buyer will undertake to remove anything**
14. **the Seller leaves behind.**
15.
16. **All other terms and conditions to remain the same.**
17.
18.
19. Terms of Acceptance: Unless acceptance of this Counter Offer is signed by all parties and a signed copy delivered in person, by mail,
20. facsimile or electronically, and received by the originating party's Broker named in the Contract Section 8q or 9a as applicable
21. by __04/15/2022__ at __5__ ☐ a.m. ☒ p.m., Mountain Standard Time, this Counter Offer shall be considered withdrawn.
22. Except as modified by this Counter Offer, all other terms and conditions of the above referenced Offer/Counter Offer(s) shall remain
23. unchanged and deemed accepted. Until this Counter Offer has been accepted in the manner described above, the Parties understand
24. that the Party originating this Counter Offer may withdraw the offer to buy, sell, or lease the Premises.
25. The undersigned acknowledges receipt of a copy hereof.

26. _Victor Goya_ _____ Date: __4/14/2022__ Time: _____
    <sub>Provisioned by</sub>
    <sub>087378D0988D4C7</sub>
27. ☐ Seller  ☒ Buyer  ☐ Landlord  ☐ Tenant
28. _____ Date: _____ Time: _____
29. ☐ Seller  ☐ Buyer  ☐ Landlord  ☐ Tenant

30. ☐ **RESPONSE**

31. An additional Counter Offer is attached, and is incorporated by reference. If there is a conflict between this Counter Offer and the
32. additional Counter Offer, the provisions of the additional Counter Offer shall be controlling.

33. _____ Date: _____ Time: _____
34. ☐ Seller  ☐ Buyer  ☐ Landlord  ☐ Tenant
35. _____ Date: _____ Time: _____
36. ☐ Seller  ☐ Buyer  ☐ Landlord  ☐ Tenant

37. ☑ **ACCEPTANCE**

38. The undersigned agrees to the terms and conditions of this Counter Offer and acknowledges receipt of a copy hereof.

39. _Jaime Chamberlain_ _____ Date: __04-15-2022__ Time: _____
40. ☑ Seller  ☐ Buyer  ☐ Landlord  ☐ Tenant
41. _____ Date: _____ Time: _____
42. ☐ Seller  ☐ Buyer  ☐ Landlord  ☐ Tenant

| For Broker Use Only: | | | | |
|---|---|---|---|---|
| Brokerage File/Log No. _____ | Manager's Initials _____ | Broker's Initials _____ | Date _____ | |
| | | | <sub>MO/DA/YR</sub> | |

Counter Offer • Updated: June 2021 • Copyright © 2021 Arizona Association of REALTORS®. All rights reserved.

Vicsdale, 7025 E Berneil Drive Paradise Valley AZ 85253
Victoria Schriber
Produced with zipForm® by zipLogix, 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.ziplogix.com
Phone: 4807761555    Fax: (480) 538-0758
3914 N 87th St

# BUYER ATTACHMENT

**Document updated:**
**February 2020**



**ARIZONA**
*association of*
**REALTORS**®
REAL SOLUTIONS. REALTOR® SUCCESS.

*This attachment should be given to the Buyer prior to the submission of any offer and is not part of the Residential Resale Real Estate Purchase Contract's terms.*



# ATTENTION BUYER!

*You are entering into a legally binding agreement.*

[X] 1. **Read the entire contract** *before* **you sign it.**

[X] 2. **Review the Residential Seller's Property Disclosure Statement (See Section 4a).**
   - This information comes directly from the Seller.
   - Investigate any blank spaces, unclear answers or any other information that is important to you.

[X] 3. **Review the Inspection Paragraph (see Section 6a).**
   If important to you, hire a qualified:
   - General home inspector
   - Heating/cooling inspector
   - Mold inspector
   - Pest inspector
   - Pool inspector
   - Roof inspector

   Verify square footage (see Section 6b)
   Verify the property is on sewer or septic (see Section 6f)

[X] 4. **Confirm your ability to obtain insurance and insurability of the property during the inspection period with your insurance agent (see Sections 6a and 6e).**

[X] 5. **Apply for your home loan now, if you have not done so already, and provide your lender with all requested information (see Section 2f).**

   It is your responsibility to make sure that you and your lender follow the timeline requirements in Section 2, and that you and your lender deliver the necessary funds to escrow in sufficient time to allow escrow to close on the agreed upon date. Otherwise, the Seller may cancel the contract and you may be liable for damages.

[X] 6. **Read the title commitment within five (5) days of receipt (see Section 3c).**

[X] 7. **Read the CC&R's and all other governing documents within five (5) days of receipt (see Section 3c), especially if the home is in a homeowner's association.**

[X] 8. **Conduct a thorough pre-closing walkthrough (see Section 6l). If the property is unacceptable, speak up. After the closing may be too late.**

You can obtain information through the Buyer's Advisory at www.aaronline.com/manage-risk/buyer-advisory-3/.

**Remember, you are urged to consult with an attorney, inspectors, and experts of your choice in any area of interest or concern in the transaction.** Be cautious about verbal representations, advertising claims, and information contained in a listing. *Verify anything important to you.*

### WARNING: *WIRE TRANSFER FRAUD*

Beware of wiring instructions sent via email.  Cyber criminals may hack email accounts and send emails with fake wiring instructions. ***Always independently confirm wiring instructions prior to wiring any money.*** Do not email or transmit documents that show bank account numbers or personal identification information.

✔ *Buyer's Check List*

Buyer Attachment • Updated: February 2020
Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

Vicsdale, 7025 E Bernell Drive Paradise Valley AZ 85253
Phone: 4807761555          Fax: (480) 538-0758          Victoria Schriber          3914 N 87th St

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com



DocuSign Envelope ID: 50FBB513-277C-40CB-A1F2-03B41373010F

24D

**Vicsdale**

# RESIDENTIAL RESALE REAL ESTATE
# PURCHASE CONTRACT

Document updated:
**February 2020**



**ARIZONA**
*association of*
**REALTORS®**
REAL SOLUTIONS. REALTOR® SUCCESS.

The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.



## 1. PROPERTY

**1a.** 1. BUYER: <u>MwM Vicsdale LLC</u>
BUYER'S NAME(S)

2. SELLER: <u>87TH STREET LLC</u>    or ☐ as identified in section 9c.
SELLER'S NAME(S)

3. Buyer agrees to buy and Seller agrees to sell the real property with all improvements, fixtures, and appurtenances thereon
4. or incidental thereto, plus the personal property described herein (collectively the "Premises").

**1b.** 5. Premises Address: <u>3914 N 87th St</u>    Assessor's #: <u>130-41-066</u>

6. City: <u>Scottsdale</u>    County: <u>Maricopa</u>    AZ, Zip Code: <u>85251-5035</u>

7. Legal Description: <u>LOT 2019 PARK SCOTTSDALE 15 MCR 013036</u>

8. _____

9. _____

**1c.** 10. $ <u>930,000.00</u> Full Purchase Price, paid as outlined below

11. $ <u>100,000.00</u> Earnest Money

12. $ <u>830,000.00</u> <u>Cash: To be deposited into escrow by means of wire transfer</u>

13. $ <u>before close of escrow.</u>

14. $ _____

15. $ _____

16. $ _____

17. Earnest Money is in the form of: ☐ Personal Check ☒ Wire Transfer ☐ Other _____

18. Upon acceptance of this offer, the Earnest Money, if any, will be deposited with: ☒ Escrow Company ☐ Broker's Trust Account.

19. **IF THIS IS AN ALL CASH SALE:** A Letter of Credit or a source of funds from a financial institution documenting the availability of
20. funds to close escrow *is* attached hereto.

**1d.** 21. **Close of Escrow:** Close of Escrow ("COE") shall occur when the deed is recorded at the appropriate county recorder's office.
22. Buyer and Seller shall comply with all terms and conditions of this Contract, execute and deliver to Escrow Company all closing
23. documents, and perform all other acts necessary in sufficient time to allow COE to occur on
24. <u>April</u>   <u>18th</u> , <u>2022</u>   ("COE Date"). If Escrow Company or recorder's office is closed on the COE Date,
    MONTH    DAY    YEAR
25. COE shall occur on the next day that both are open for business.

26. Buyer shall deliver to Escrow Company a cashier's check, wired funds or other immediately available funds to pay any down
27. payment, additional deposits or Buyer's closing costs, and instruct the lender, if applicable, to deliver immediately available funds to
28. Escrow Company, in a sufficient amount and in sufficient time to allow COE to occur on COE Date.

29. Buyer acknowledges that failure to pay the required closing funds by the scheduled COE, if not cured after a cure notice is delivered
30. pursuant to Section 7a, shall be construed as a material breach of this Contract and the Earnest Money shall be subject to forfeiture.

31. All funds are to be in U.S. currency.

**1e.** 32. **Possession:** Seller shall deliver possession, occupancy, existing keys and/or means to operate all locks, mailbox, security
33. system/alarms, and all common area facilities to Buyer at COE or ☐ _____
34. Broker(s) recommend that the parties seek independent counsel from insurance, legal, tax, and accounting professionals regarding
35. the risks of pre-possession or post-possession of the Premises.

**1f.** 36. **Addenda Incorporated:** ☐ Additional Clause ☐ Buyer Contingency ☐ Domestic Water Well ☐ H.O.A.
37. ☒ Lead-Based Paint Disclosure ☐ Loan Assumption ☐ On-site Wastewater Treatment Facility ☐ Seller Financing ☐ Short Sale
38. ☐ Solar Addendum ☒ Other: <u>Agency</u>

&gt;&gt;

<SELLER &lt;Initials | Initials&gt; BUYER

Vicsdale, 7025 E Berneil Drive Paradise Valley AZ 85253
Phone: 4807761555    Fax: (480) 538-0758    Victoria Schriber    3914 N 87th St
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

Case 2:22-bk-01168-EPB   Doc 69   Filed 04/21/22   Entered 04/21/22 15:29:39   Desc
Main Document    Page 14 of 71

**Residential Resale Real Estate Purchase Contract >>**

1g. 39. **Fixtures and Personal Property:** For purposes of this Contract, fixtures shall mean property attached/affixed to the Premises.
40. Seller agrees that all existing: fixtures on the Premises, personal property specified herein, and means to operate fixtures and
41. property (i.e.- remote controls) **shall convey in this sale.** Including the following:

| | | |
|---|---|---|
| 42. ▪ built-in appliances, ceiling fans and remotes | ▪ media antennas/satellite dishes (affixed) | ▪ storage sheds |
| 43. ▪ central vacuum, hose, and attachments | ▪ outdoor fountains and lighting | ▪ storm windows and doors |
| 44. ▪ draperies and other window coverings | ▪ outdoor landscaping (i.e. – shrubbery, | ▪ stoves: gas-log, pellet, wood-burning |
| 45. ▪ fireplace equipment (affixed) | trees and unpotted plants) | ▪ timers (affixed) |
| 46. ▪ floor coverings (affixed) | ▪ shutters and awnings | ▪ towel, curtain and drapery rods |
| 47. ▪ free-standing range/oven | ▪ smart home devices, access to which | ▪ wall mounted TV brackets and hardware |
| 48. ▪ garage door openers and remotes | shall be transferred (i.e., video doorbell, | (excluding TVs) |
| 49. ▪ light fixtures | automated thermostat) | ▪ water-misting systems |
| 50. ▪ mailbox | ▪speakers (flush-mounted) | ▪ window and door screens, sun shades |

51. If owned by Seller, the following items also are included in this sale:

| | | |
|---|---|---|
| 52. ▪ affixed alternate power systems serving | ▪ in-ground pool and spa/hot tub equipment | ▪ security and/or fire systems and/or alarms |
| 53. the Premises (i.e., solar) | and covers (including any mechanical or | ▪ water purification systems |
| 54. | other cleaning systems) | ▪ water softeners |

55. **Additional existing personal property included in this sale (if checked):**

56. ☐ refrigerator (description): _____

57. ☐ washer (description): _____

58. ☐ dryer (description): _____

59. ☐ above-ground spa/hot tub including equipment, covers, and any mechanical or other cleaning systems (description): _____

60. _____

61. ☐ other personal property not otherwise addressed (description): _____

62. ☐ other personal property not otherwise addressed (description): _____

63. **Additional existing personal property included shall not be considered part of the Premises and shall be transferred with no**
64. **monetary value, and free and clear of all liens or encumbrances.**

65. Leased items shall **NOT** be included in this sale. Seller shall deliver notice of all leased items within three (3) days after Contract
66. acceptance. Buyer shall provide notice of any leased items disapproved within the Inspection Period or five (5) days after receipt of
67. the notice, whichever is later.

68. **IF THIS IS AN ALL CASH SALE:** Section 2 does not apply - go to Section 3.

## 2. FINANCING

2a. 69. **Pre-Qualification:** An AAR Pre-Qualification Form *is* attached hereto and incorporated herein by reference.

2b. 70. **Loan Contingency:** Buyer's obligation to complete this sale is contingent upon Buyer obtaining loan approval without Prior to
71. Document ("PTD") conditions no later than three (3) days prior to the COE Date for the loan described in the AAR Loan Status
72. Update ("LSU") form or the AAR Pre-Qualification Form, whichever is delivered later. **No later than three (3) days prior to the**
73. **COE Date, Buyer shall either: (i) sign all loan documents; or (ii) deliver to Seller or Escrow Company notice of loan**
74. **approval without PTD conditions AND date(s) of receipt of Closing Disclosure(s) from Lender; or (iii) deliver to Seller or**
75. **Escrow Company notice of inability to obtain loan approval without PTD conditions.**

2c. 76. **Unfulfilled Loan Contingency:** This Contract shall be cancelled and Buyer shall be entitled to a return of the Earnest Money if
77. after diligent and good faith effort, Buyer is unable to obtain loan approval without PTD conditions and delivers notice of inability
78. to obtain loan approval no later than three (3) days prior to the COE Date. If Buyer fails to deliver such notice, Seller may issue a
79. cure notice to Buyer as required by Section 7a and, in the event of Buyer's breach, Seller shall be entitled to the Earnest Money
80. pursuant to Section 7b. If, prior to expiration of any Cure Period, Buyer delivers notice of inability to obtain loan approval, Buyer
81. shall be entitled to a return of the Earnest Money. Buyer acknowledges that prepaid items paid separately from the Earnest Money
82. are not refundable.

2d. 83. **Interest Rate / Necessary Funds:** Buyer agrees that (i) the inability to obtain loan approval due to the failure to lock the interest
84. rate and "points" by separate written agreement with the lender; or (ii) the failure to have the down payment or other funds
85. due from Buyer necessary to obtain the loan approval without conditions and close this transaction is not an unfulfilled loan
86. contingency.

2e. 87. **Loan Status Update:** Buyer shall deliver to Seller the LSU, with at a minimum lines 1-40 completed, describing the current status
88. of the Buyer's proposed loan within ten (10) days after Contract acceptance and instruct lender to provide an updated LSU to
89. Broker(s) and Seller upon request.

---

Residential Resale Real Estate Purchase Contract • Updated: February 2020
Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

<Initials                                                              Initials>

| [signature] | | |
|---|---|---|
| **SELLER** | **SELLER** | |

| [initials] | |
|---|---|
| **BUYER** | **BUYER** |

Page 2 of 10

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com

3914 N 87th St

Case 2:22-bk-01168-EPB    Doc 29    Filed 04/21/22    Entered 04/21/22 15:29:39    Desc
Main Document    Page 15 of 71

*Residential Resale Real Estate Purchase Contract* >>

**2f. 90. Loan Application:** Unless previously completed, within three (3) days after Contract acceptance Buyer shall (i) provide lender
91. with Buyer's name, income, social security number, Premises address, estimate of value of the Premises, and mortgage loan
92. amount sought; and (ii) grant lender permission to access Buyer's Trimerged Residential Credit Report.

**2g. 93. Loan Processing During Escrow:** Within ten (10) days after receipt of the **Loan Estimate** Buyer shall (i) provide lender with
94. notice of intent to proceed with the loan transaction in a manner satisfactory to lender; and (ii) provide to lender all requested
95. signed disclosures and the documentation listed in the LSU at lines 32-35. Buyer agrees to diligently work to obtain the loan and
96. will promptly provide the lender with all additional documentation requested.

**2h. 97. Type of Financing:** ☐ Conventional ☐ FHA ☐ VA ☐ USDA ☐ Assumption ☐ Seller Carryback ☒ **CASH** _____
98. (If financing is to be other than new financing, see attached addendum.)

**2i. 99. Loan Costs:** All costs of obtaining the loan shall be paid by Buyer, unless otherwise provided for herein.

**2j. 100. Seller Concessions (if any):** In addition to the other costs Seller has agreed to pay herein, Seller will credit Buyer _____ %
101. of the Purchase Price OR $ _____ (Seller Concessions). The Seller Concessions may be used for any Buyer fee, cost, charge,
102. or expenditure to the extent allowed by Buyer's lender.

**2k. 103. Changes:** Buyer shall immediately notify Seller of any changes in the loan program, financing terms, or lender described in the
104. Pre-Qualification Form attached hereto or LSU provided within ten (10) days after Contract acceptance and shall only make any
105. such changes without the prior written consent of Seller if such changes do not adversely affect Buyer's ability to obtain loan
106. approval without PTD conditions, increase Seller's closing costs, or delay COE.

**2l. 107. Appraisal Contingency:** Buyer's obligation to complete this sale is contingent upon an appraisal of the Premises acceptable to
108. lender for at least the purchase price. If the Premises fail to appraise for the purchase price in any appraisal required by lender,
109. Buyer has five (5) days after notice of the appraised value to cancel this Contract and receive a return of the Earnest Money or
110. the appraisal contingency shall be waived, unless otherwise prohibited by federal law.

**2m.111. Appraisal Cost(s):** Initial appraisal fee shall be paid by ☐ Buyer ☐ Seller ☐ Other _____
112. at the time payment is required by lender and is non-refundable. If Seller is paying the initial appraisal fee, the fee ☐ will ☐ will not
113. be applied against Seller's Concessions at COE, if applicable. If Buyer's lender requires an updated appraisal prior to COE, it will be
114. performed at Buyer's expense. Any appraiser/lender required inspection cost(s) shall be paid for by Buyer.

# 3. TITLE AND ESCROW

**3a. 115. Escrow:** This Contract shall be used as escrow instructions. The Escrow Company employed by the parties to carry out the
116. terms of this Contract shall be:

117. **WFG National Title InsuranceCompany**          **Jason Privette**
ESCROW/TITLE COMPANY

118. **14500 N Northsight Blvd.,Ste 209**     **Scottsdale**      **AZ**    **85260**
ADDRESS                                     CITY                STATE     ZIP

119. **JPrivette@wfgtitle.com**          **(480) 372-2433**        **(480) 546-4113**
EMAIL                               PHONE                     FAX

**3b. 120. Title and Vesting:** Buyer will take title as determined before COE. If Buyer is married and intends to take title as his/her sole
121. and separate property, a disclaimer deed may be required. Taking title may have significant legal, estate planning and tax
122. consequences. Buyer should obtain independent legal and tax advice.

**3c. 123. Title Commitment and Title Insurance:** Escrow Company is hereby instructed to obtain and deliver to Buyer and Seller directly,
124. addressed pursuant to 8s and 9c or as otherwise provided, a Commitment for Title Insurance together with complete and legible copies
125. of all documents that will remain as exceptions to Buyer's policy of Title Insurance ("Title Commitment"), including but not limited to
126. Conditions, Covenants and Restrictions ("CC&Rs"); deed restrictions; and easements. Buyer shall have five (5) days after receipt of the
127. Title Commitment and after receipt of notice of any subsequent exceptions to provide notice to Seller of any items disapproved. Seller
128. shall convey title by warranty deed, subject to existing taxes, assessments, covenants, conditions, restrictions, rights of way, easements
129. and all other matters of record. Buyer shall be provided at Seller's expense an American Land Title Association ("ALTA") Homeowner's
130. Title Insurance Policy or, if not available, a Standard Owner's Title Insurance Policy, showing title vested in Buyer. Buyer may acquire
131. extended coverage at Buyer's own additional expense. If applicable, Buyer shall pay the cost of obtaining the ALTA Lender Title
132. Insurance Policy.

>>



Case 2:22-bk-01168-EPB    Doc 29    Filed 04/21/22    Entered 04/21/22 15:29:39    Desc
Main Document      Page 16 of 71

DocuSign Envelope ID: 50FBB513-277C-40CB-A1F2-03B41373010F 24D

**3d. 133. Additional Instructions:** (i) Escrow Company shall promptly furnish notice of pending sale that contains the name and address of
134. Buyer to any homeowner's association(s) in which the Premises are located. (ii) If Escrow Company is also acting as the title agency
135. but is not the title insurer issuing the title insurance policy, Escrow Company shall deliver to Buyer and Seller, upon deposit of funds, a
136. closing protection letter from the title insurer indemnifying Buyer and Seller for any losses due to fraudulent acts or breach of escrow
137. instructions by Escrow Company. (iii) All documents necessary to close this transaction shall be executed promptly by Seller and
138. Buyer in the standard form used by Escrow Company. Escrow Company shall modify such documents to the extent necessary to be
139. consistent with this Contract. (iv) Escrow Company fees, unless otherwise stated herein, shall be allocated equally between Seller and
140. Buyer. (v) Escrow Company shall send to all parties and Broker(s) copies of all notices and communications directed to Seller, Buyer
141. and Broker(s). (vi) Escrow Company shall provide Broker(s) access to escrowed materials and information regarding the escrow. (vii)
142. If an Affidavit of Disclosure is provided, Escrow Company shall record the Affidavit at COE.

**3e. 143. Tax Prorations:** Real property taxes payable by Seller shall be prorated to COE based upon the latest tax information available.

**3f. 144. Release of Earnest Money:** In the event of a dispute between Buyer and Seller regarding any Earnest Money deposited with
145. Escrow Company, Buyer and Seller authorize Escrow Company to release the Earnest Money pursuant to the terms and conditions
146. of this Contract in its sole and absolute discretion. Buyer and Seller agree to hold harmless and indemnify Escrow Company against
147. any claim, action or lawsuit of any kind, and from any loss, judgment, or expense, including costs and attorney fees, arising from or
148. relating in any way to the release of Earnest Money.

**3g. 149. Prorations of Assessments and Fees:** All assessments and fees that are not a lien as of COE, including homeowner's
150. association fees, rents, irrigation fees, and, if assumed, insurance premiums, interest on assessments, interest on encumbrances,
151. and service contracts, shall be prorated as of COE or ☐ Other: _____

**3h. 152. Assessment Liens:** The amount of any assessment lien or bond including those charged by a special taxing district, such as a
153. Community Facilities District, shall be prorated as of COE.

# 4. DISCLOSURE

**4a. 154. Seller's Property Disclosure Statement ("SPDS"):** Seller shall deliver a completed AAR Residential SPDS form to Buyer
155. within three (3) days after Contract acceptance. Buyer shall provide notice of any SPDS items disapproved within the Inspection
156. Period or five (5) days after receipt of the SPDS, whichever is later.

**4b. 157. Insurance Claims History:** Seller shall deliver to Buyer a written five (5) year insurance claims history regarding the Premises (or a
158. claims history for the length of time Seller has owned the Premises if less than five (5) years) from Seller's insurance company or an
159. insurance support organization or consumer reporting agency, or if unavailable from these sources, from Seller, within five (5) days
160. after Contract acceptance. Buyer shall provide notice of any items disapproved within the Inspection Period or five (5) days after
161. receipt of the claims history, whichever is later.

**4c. 162. Foreign Sellers:** The Foreign Investment in Real Property Tax Act ("FIRPTA") is applicable if Seller is a non-resident alien
163. individual, foreign corporation, foreign partnership, foreign trust, or foreign estate ("Foreign Person"). Seller agrees to complete,
164. sign, and deliver to Escrow Company a certificate indicating whether Seller is a Foreign Person. FIRPTA requires that a foreign
165. seller may have federal income taxes up to 15% of the purchase price withheld, unless an exception applies. Seller is responsible
166. for obtaining independent legal and tax advice.

**4d. 167. Lead-Based Paint Disclosure:** If the Premises were built prior to 1978, Seller shall: (i) notify Buyer of any known lead-based paint
168. ("LBP") or LBP hazards in the Premises; (ii) provide Buyer with any LBP risk assessments or inspections of the Premises in Seller's
169. possession; (iii) provide Buyer with the Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards, and any
170. report, records, pamphlets, and/or other materials referenced therein, including the pamphlet "Protect Your Family from Lead in Your
171. Home" (collectively "LBP Information"). Buyer shall return a signed copy of the Disclosure of Information on Lead-Based Paint and
172. Lead-Based Paint Hazards to Seller prior to COE.

173. ☒ LBP Information was provided prior to Contract acceptance and Buyer acknowledges the opportunity to conduct LBP risk
174. assessments or inspections during Inspection Period.

175. ☐ Seller shall provide LBP Information within five (5) days after Contract acceptance. Buyer may within ten (10) days

176. or _____ days after receipt of the LBP Information conduct or obtain a risk assessment or inspection of the Premises for the
177. presence of LBP or LBP hazards ("Assessment Period"). Buyer may within five (5) days after receipt of the LBP Information or five
178. (5) days after expiration of the Assessment Period cancel this Contract.

179. Buyer is further advised to use certified contractors to perform renovation, repair or painting projects that disturb lead-based paint in
180. residential properties built before 1978 and to follow specific work practices to prevent lead contamination.

181.      If Premises were constructed prior to 1978, **(BUYER'S INITIALS REQUIRED)** _____ VG _____

         BUYER      BUYER

182.      If Premises were constructed in 1978 or later, **(BUYER'S INITIALS REQUIRED)** _____

         BUYER      BUYER

Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

| | | | |
|---|---|---|---|
| *JC* <Initials | | Initials> | *VG* |
| SELLER | SELLER | BUYER | BUYER |

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

3914 N 87th St

*Residential Resale Real Estate Purchase Contract >>*

**4e.** 183. **Affidavit of Disclosure:** If the Premises are located in an unincorporated area of the county, and five (5) or fewer parcels of
184. property other than subdivided property are being transferred, Seller shall deliver a completed Affidavit of Disclosure in the form
185. required by law to Buyer within five (5) days after Contract acceptance. Buyer shall provide notice of any Affidavit of Disclosure items
186. disapproved within the Inspection Period or five (5) days after receipt of the Affidavit of Disclosure, whichever is later.

**4f.** 187. **Changes During Escrow:** Seller shall immediately notify Buyer of any changes in the Premises or disclosures made herein,
188. in the SPDS, or otherwise. Such notice shall be considered an update of the SPDS. Unless Seller is already obligated by this
189. Contract or any amendments hereto, to correct or repair the changed item disclosed, Buyer shall be allowed five (5) days after
190. delivery of such notice to provide notice of disapproval to Seller.

# 5. WARRANTIES

**5a.** 191. **Condition of Premises: BUYER AND SELLER AGREE THE PREMISES ARE BEING SOLD IN ITS PRESENT PHYSICAL**
192. **CONDITION AS OF THE DATE OF CONTRACT ACCEPTANCE.** Seller makes no warranty to Buyer, either express or implied, as
193. to the condition, zoning, or fitness for any particular use or purpose of the Premises. However, Seller shall maintain and repair the
194. Premises so that at the earlier of possession or COE: (i) the Premises, including all personal property included in the sale, will be in
195. substantially the same condition as on the date of Contract acceptance; and (ii) all personal property not included in the sale and
196. debris will be removed from the Premises. Buyer is advised to conduct independent inspections and investigations regarding the
197. Premises within the Inspection Period as specified in Section 6a. Buyer and Seller acknowledge and understand they may, but are
198. not obligated to, engage in negotiations for repairs/improvements to the Premises. Any/all agreed upon repairs/improvements will be
199. addressed pursuant to Section 6j.

**5b.** 200. **Warranties that Survive Closing:** Seller warrants that Seller has disclosed to Buyer and Broker(s) all material latent defects and
201. any information concerning the Premises known to Seller, excluding opinions of value, which materially and adversely affect the
202. consideration to be paid by Buyer. Prior to COE, Seller warrants that payment in full will have been made for all labor, professional
203. services, materials, machinery, fixtures, or tools furnished within the 150 days immediately preceding COE in connection with the
204. construction, alteration, or repair of any structure on or improvement to the Premises. Seller warrants that the information regarding
205. connection to a sewer system or on-site wastewater treatment facility (conventional septic or alternative) is correct to the best of
206. Seller's knowledge.

**5c.** 207. **Buyer Warranties:** Buyer warrants that Buyer has disclosed to Seller any information that may materially and adversely affect
208. Buyer's ability to close escrow or complete the obligations of this Contract. At the earlier of possession of the Premises or COE,
209. Buyer warrants to Seller that Buyer has conducted all desired independent inspections and investigations and accepts the Premises.
210. **Buyer warrants that Buyer is not relying on any verbal representations concerning the Premises except disclosed as follows:**
211. <u>None</u>
212. _____

# 6. DUE DILIGENCE

**6a.** 213. **Inspection Period:** Buyer's Inspection Period shall be ten (10) days or _____0_____ days after Contract acceptance. During the
214. Inspection Period Buyer, at Buyer's expense, shall: (i) conduct all desired physical, environmental, and other types of inspections
215. and investigations to determine the value and condition of the Premises; (ii) make inquiries and consult government agencies,
216. lenders, insurance agents, architects, and other appropriate persons and entities concerning the suitability of the Premises and
217. the surrounding area; (iii) investigate applicable building, zoning, fire, health, and safety codes to determine any potential hazards,
218. violations or defects in the Premises; and (iv) verify any material multiple listing service ("MLS") information. If the presence of
219. sex offenders in the vicinity or the occurrence of a disease, natural death, suicide, homicide or other crime on or in the vicinity is
220. a material matter to Buyer, it must be investigated by Buyer during the Inspection Period. Buyer shall keep the Premises free and
221. clear of liens, shall indemnify and hold Seller harmless from all liability, claims, demands, damages, and costs, and shall repair all
222. damages arising from the inspections. Buyer shall provide Seller and Broker(s) upon receipt, at no cost, copies of all inspection
223. reports concerning the Premises obtained by Buyer. Buyer is advised to consult the Arizona Department of Real Estate *Buyer*
224. *Advisory* to assist in Buyer's due diligence inspections and investigations.

**6b.** 225. **Square Footage: BUYER IS AWARE THAT ANY REFERENCE TO THE SQUARE FOOTAGE OF THE PREMISES, BOTH THE**
226. **REAL PROPERTY (LAND) AND IMPROVEMENTS THEREON, IS APPROXIMATE. IF SQUARE FOOTAGE IS A MATERIAL**
227. **MATTER TO BUYER, IT MUST BE INVESTIGATED DURING THE INSPECTION PERIOD.**

**6c.** 228. **Wood-Destroying Organism or Insect Inspection: IF CURRENT OR PAST WOOD-DESTROYING ORGANISMS OR INSECTS**
229. **(SUCH AS TERMITES) ARE A MATERIAL MATTER TO BUYER, THESE ISSUES MUST BE INVESTIGATED DURING THE**
230. **INSPECTION PERIOD.** Buyer shall order and pay for all wood-destroying organism or insect inspections performed during the
231. Inspection Period. If the lender requires an updated Wood-Destroying Organism or Insect Inspection Report prior to COE, it will be
232. performed at Buyer's expense.

**6d.** 233. **Flood Hazard: FLOOD HAZARD DESIGNATIONS OR THE COST OF FLOOD HAZARD INSURANCE SHALL BE**
234. **DETERMINED BY BUYER DURING THE INSPECTION PERIOD.** If the Premises are situated in an area identified as having
235. any special flood hazards by any governmental entity, **THE LENDER MAY REQUIRE THE PURCHASE OF FLOOD HAZARD**
236. **INSURANCE.** Special flood hazards may also affect the ability to encumber or improve the Premises.     **>>**

| | | <Initials | | | Initials> | | |
|---|---|---|---|---|---|---|---|
| *GC* | | | | | | *VG* | |
| SELLER | SELLER | | | | | BUYER | BUYER |



Case 2:22-bk-01168-EPB    Doc 29    Filed 04/21/22    Entered 04/21/22 15:29:39    Desc
Main Document     Page 18 of 71

**6e. 237. Insurance: IF HOMEOWNER'S INSURANCE IS A MATERIAL MATTER TO BUYER, BUYER SHALL APPLY FOR AND**
**238. OBTAIN WRITTEN CONFIRMATION OF THE AVAILABILITY AND COST OF HOMEOWNER'S INSURANCE FOR THE**
**239. PREMISES FROM BUYER'S INSURANCE COMPANY DURING THE INSPECTION PERIOD.** Buyer understands that any
240. homeowner's, fire, casualty, flood or other insurance desired by Buyer or required by lender should be in place at COE.

**6f. 241. Sewer or On-site Wastewater Treatment System:**  The Premises are connected to a:

242. ☒ sewer system   ☐ conventional septic system   ☐ alternative system

243. **IF A SEWER CONNECTION IS A MATERIAL MATTER TO BUYER, IT MUST BE INVESTIGATED DURING THE INSPECTION**
244. **PERIOD.** If the Premises are served by a conventional septic or alternative system, the AAR On-site Wastewater Treatment Facility
245. Addendum is incorporated herein by reference.

246.                                          **(BUYER'S INITIALS REQUIRED)**    BUYER          BUYER

**6g. 247. Swimming Pool Barrier Regulations:** During the Inspection Period, Buyer agrees to investigate all applicable state, county, and
248. municipal Swimming Pool barrier regulations and agrees to comply with and pay all costs of compliance with said regulations prior to
249. occupying the Premises, unless otherwise agreed in writing. If the Premises contains a Swimming Pool, Buyer acknowledges receipt
250. of the Arizona Department of Health Services approved private pool safety notice.

251.                                          **(BUYER'S INITIALS REQUIRED)**    BUYER          BUYER

**6h. 252. BUYER ACKNOWLEDGMENT: BUYER RECOGNIZES, ACKNOWLEDGES, AND AGREES THAT BROKER(S) ARE NOT**
253. **QUALIFIED, NOR LICENSED, TO CONDUCT DUE DILIGENCE WITH RESPECT TO THE PREMISES OR THE SURROUNDING**
254. **AREA. BUYER IS INSTRUCTED TO CONSULT WITH QUALIFIED LICENSED PROFESSIONALS TO ASSIST IN BUYER'S**
255. **DUE DILIGENCE EFFORTS. BECAUSE CONDUCTING DUE DILIGENCE WITH RESPECT TO THE PREMISES AND THE**
256. **SURROUNDING AREA IS BEYOND THE SCOPE OF BROKER'S EXPERTISE AND LICENSING, BUYER EXPRESSLY**
257. **RELEASES AND HOLDS HARMLESS BROKER(S) FROM LIABILITY FOR ANY DEFECTS OR CONDITIONS THAT COULD**
258. **HAVE BEEN DISCOVERED BY INSPECTION OR INVESTIGATION.**

259.                                          **(BUYER'S INITIALS REQUIRED)**    BUYER          BUYER

**6i. 260. Inspection Period Notice:** Prior to expiration of the Inspection Period, Buyer shall deliver to Seller a signed notice of any items
261. disapproved. AAR's Buyer's Inspection Notice and Seller's Response form is available for this purpose. Buyer shall conduct all
262. desired inspections and investigations prior to delivering such notice to Seller and all Inspection Period items disapproved shall be
263. provided in a single notice.

**6j. 264. Buyer Disapproval:** If Buyer, in Buyer's sole discretion, disapproves of items as allowed herein, Buyer shall deliver to Seller a
265. signed notice of the items disapproved and state in the notice that Buyer elects to either:

266.    (1)  Immediately cancel this Contract, in which case:

267.        (a) If Buyer's notice specifies disapproval of items as allowed herein, the Earnest Money shall be released to Buyer.

268.        (b) If Buyer's notice fails to specify items disapproved as allowed herein, the cancellation will remain in effect but Buyer has
269.            failed to comply with a provision of this Contract and Seller may deliver to Buyer a cure notice as required by Section 7a.
270.            If Buyer fails to cure their non-compliance within three (3) days after delivery of such notice, Buyer shall be in breach and
271.            Seller shall be entitled to the Earnest Money. If, prior to expiration of the Cure Period, Buyer delivers notice specifying
272.            items disapproved as allowed herein, Buyer shall be entitled to a return of the Earnest Money.

273. **OR**

274.    (2)  Provide Seller an opportunity to correct the items disapproved, in which case:

275.        (a) Seller shall respond in writing within five (5) days or _____ days after delivery to Seller of Buyer's notice of items
276.            disapproved. Seller's failure to respond to Buyer in writing within the specified time period shall conclusively be deemed
277.            Seller's refusal to correct any of the items disapproved.

278.        (b) **If Seller agrees in writing to correct items disapproved, Seller shall correct the items, complete any repairs in a**
279.            **workmanlike manner and deliver any paid receipts evidencing the corrections and repairs to Buyer three (3) days**
280.            **or _____ days prior to COE Date.**

281.        (c) If Seller is unwilling or unable to correct any of the items disapproved, Buyer may cancel this Contract within five (5) days
282.            after delivery of Seller's response or after expiration of the time for Seller's response, whichever occurs first, and the
283.            Earnest Money shall be released to Buyer. If Buyer does not cancel this Contract within the five (5) days as provided,
284.            Buyer shall close escrow without correction of those items that Seller has not agreed in writing to correct.

285. VERBAL DISCUSSIONS WILL NOT EXTEND THESE TIME PERIODS. Only a written agreement signed by both parties will extend
286. response times or cancellation rights.

287. BUYER'S FAILURE TO GIVE NOTICE OF DISAPPROVAL OF ITEMS OR CANCELLATION OF THIS CONTRACT WITHIN
288. THE SPECIFIED TIME PERIOD SHALL CONCLUSIVELY BE DEEMED BUYER'S ELECTION TO PROCEED WITH THE
289. TRANSACTION WITHOUT CORRECTION OF ANY DISAPPROVED ITEMS.

>>

Case 2:22-bk-01168-EPB   Doc 29   Filed 04/21/22   Entered 04/21/22 15:29:39   Desc
Main Document    Page 19 of 71

**6k.** 290. **Home Warranty Plan:** Buyer and Seller are advised to investigate the various home warranty plans available for purchase. The
291. parties acknowledge that different home warranty plans have different coverage options, exclusions, limitations, service fees and
292. most plans exclude pre-existing conditions.

293. ☐ A Home Warranty Plan will be ordered by ☐ Buyer or ☐ Seller with the following optional coverage
294. _____ , to be issued by _____ at a cost
295. not to exceed $ _____ , to be paid for by ☐ Buyer ☐ Seller ☐ Split evenly between Buyer and Seller
296. ☒ Buyer declines the purchase of a Home Warranty Plan.

297.                                                       **(BUYER'S INITIALS REQUIRED)**┌─────┐┌─────┐
                                                                                          │ BUYER││ BUYER│
                                                                                          └─────┘└─────┘

**6l.** 298. **Walkthrough(s):** Seller grants Buyer and Buyer's inspector(s) reasonable access to conduct walkthrough(s) of the Premises for
299. the purpose of satisfying Buyer that any corrections or repairs agreed to by Seller have been completed, and the Premises are
300. in substantially the same condition as of the date of Contract acceptance. If Buyer does not conduct such walkthrough(s), Buyer
301. releases Seller and Broker(s) from liability for any defects that could have been discovered.

**6m.** 302. **Seller's Responsibility Regarding Inspections and Walkthrough(s):** Seller shall make the Premises available for all inspections
303. and walkthrough(s) upon reasonable notice by Buyer. Seller shall, at Seller's expense, have all utilities on, including any propane,
304. until COE to enable Buyer to conduct these inspections and walkthrough(s).

**6n.** 305. **IRS and FIRPTA Reporting:** The Foreign Investment in Real Property Tax Act ("FIRPTA") provides that, if a seller is a Foreign
306. Person, a buyer of residential real property must withhold federal income taxes up to 15% of the purchase price, unless an exception
307. applies. If FIRPTA is applicable and Buyer fails to withhold, Buyer may be held liable for the tax. Buyer agrees to perform any acts
308. reasonable or necessary to comply with FIRPTA and IRS reporting requirements and Buyer is responsible for obtaining independent
309. legal and tax advice.

# 7. REMEDIES

**7a.** 310. **Cure Period:**  A party shall have an opportunity to cure a potential breach of this Contract. If a party fails to comply with any
311. provision of this Contract, the other party shall deliver a notice to the non-complying party specifying the non-compliance. If the
312. non-compliance is not cured within three (3) days after delivery of such notice ("Cure Period"), the failure to comply shall become a
313. breach of Contract. If Escrow Company or recorder's office is closed on the last day of the Cure Period, and COE must occur
314. to cure a potential breach, COE shall occur on the next day that both are open for business.

**7b.** 315. **Breach:** In the event of a breach of Contract, the non-breaching party may cancel this Contract and/or proceed against the
316. breaching party in any claim or remedy that the non-breaching party may have in law or equity, subject to the Alternative Dispute
317. Resolution obligations set forth herein. In the case of Seller, because it would be difficult to fix actual damages in the event of
318. Buyer's breach, the Earnest Money may be deemed a reasonable estimate of damages and Seller may, at Seller's option, accept
319. the Earnest Money as Seller's sole right to damages; and in the event of Buyer's breach arising from Buyer's failure to deliver the
320. notice required by Section 2b, or Buyer's inability to obtain loan approval due to the waiver of the appraisal contingency pursuant
321. to Section 2l, Seller shall exercise this option and accept the Earnest Money as Seller's sole right to damages. An unfulfilled
322. contingency is not a breach of Contract. The parties expressly agree that the failure of any party to comply with the terms and
323. conditions of Section 1d to allow COE to occur on the COE Date, if not cured after a cure notice is delivered pursuant to Section 7a,
324. will constitute a material breach of this Contract, rendering the Contract subject to cancellation.

**7c.** 325. **Alternative Dispute Resolution ("ADR"):** Buyer and Seller agree to mediate any dispute or claim arising out of or relating to this
326. Contract in accordance with the REALTORS® Dispute Resolution System, or as otherwise agreed. All mediation costs shall be paid
327. equally by the parties. In the event that mediation does not resolve all disputes or claims, the unresolved disputes or claims shall
328. be submitted to binding arbitration. In such event, the parties shall agree upon an arbitrator and cooperate in the scheduling of
329. an arbitration hearing. If the parties are unable to agree on an arbitrator, the dispute shall be submitted to the American Arbitration
330. Association ("AAA") in accordance with the AAA Arbitration Rules for the Real Estate Industry. The decision of the arbitrator shall be
331. final and nonappealable. Judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.
332. Notwithstanding the foregoing, either party may opt out of binding arbitration within thirty (30) days after the conclusion of the
333. mediation conference by notice to the other and, in such event, either party shall have the right to resort to court action.

**7d.** 334. **Exclusions from ADR:** The following matters are excluded from the requirement for ADR hereunder: (i) any action brought in the
335. Small Claims Division of an Arizona Justice Court (up to $3,500) so long as the matter is not thereafter transferred or removed from
336. the small claims division; (ii) judicial or nonjudicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage, or
337. agreement for sale; (iii) an unlawful entry or detainer action; (iv) the filing or enforcement of a mechanic's lien; or (v) any matter that
338. is within the jurisdiction of a probate court. Further, the filing of a judicial action to enable the recording of a notice of pending action
339. ("lis pendens"), or order of attachment, receivership, injunction, or other provisional remedies shall not constitute a waiver of the
340. obligation to submit the claim to ADR, nor shall such action constitute a breach of the duty to mediate or arbitrate.

**7e.** 341. **Attorney Fees and Costs:** The prevailing party in any dispute or claim between Buyer and Seller arising out of or relating to this
342. Contract shall be awarded their reasonable attorney fees and costs. Costs shall include, without limitation, attorney fees, expert
343. witness fees, fees paid to investigators, and arbitration costs.

                                                                                                                    >>

---

Residential Resale Real Estate Purchase Contract • Updated:  February 2020
Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

┌────────┬────────┐                                                              ┌────────┬────────┐
│   *JC* │        │ <Initials                                        Initials>   │  *VZ*  │        │
├────────┼────────┤                                                              ├────────┼────────┤
│ SELLER │ SELLER │                                                              │ BUYER  │ BUYER  │
└────────┴────────┘                                                              └────────┴────────┘

                                                      Page 7 of 10

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

3914 N 87th St



DocuSign Envelope ID: 50FBB513-277C-40CB-A1F2-03B41373010F

24D

## 8. ADDITIONAL TERMS AND CONDITIONS

8a. 344. 1. Buyer is purchasing the property sight unseen, waives their right to inspect
345. and purchases the property AS-IS and will not be asking for any repairs.
346. 2. Earnest deposit of $100,000.00 will be released to the Seller on contract
347. acceptance as soon as escrow is opened and once Title is in a position to
348. release the funds. Buyers agent is not in possession of the Earnest Money.
349. 3. Buyers earnest money shall be non-refundable unless contract is cancelled
350. pursuant to the Risk of Loss provision or escrow fails due to Seller's breach
351. of contract.
352. 4. Lines 69-114 are stricken from the contract.
353. 5. Buyer to offer Seller a 30 day post possession for $0.00.
354. _____
355. _____
356. _____
357. _____
358. _____
359. _____
360. _____
361. _____
362. _____
363. _____
364. _____
365. _____
366. _____
367. _____
368. _____
369. _____
370. _____
371. _____
372. _____
373. _____
374. _____
375. _____
376. _____
377. _____
378. _____
379. _____
380. _____
381. _____
382. _____
383. _____
384. _____
385. _____
386. _____
387. _____
388. _____
389. _____

>>

Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

<Initials    SELLER    SELLER        Page 8 of 10        Initials>    BUYER    BUYER

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

3914 N 87th St



**8b.** 390. **Risk of Loss:** If there is any loss or damage to the Premises between the date of Contract acceptance and COE or possession,
391. whichever is earlier, by reason of fire, vandalism, flood, earthquake, or act of God, the risk of loss shall be on Seller, provided,
392. however, that if the cost of repairing such loss or damage would exceed ten percent (10%) of the purchase price, either Seller or
393. Buyer may elect to cancel the Contract.

**8c.** 394. **Permission:** Buyer and Seller grant Broker(s) permission to advise the public of this Contract.

**8d.** 395. **Arizona Law:** This Contract shall be governed by Arizona law and jurisdiction is exclusively conferred on the State of Arizona.

**8e.** 396. **Time is of the Essence:** The parties acknowledge that time is of the essence in the performance of the obligations described
397. herein.

**8f.** 398. **Compensation:** Seller and Buyer acknowledge that Broker(s) shall be compensated for services rendered as previously agreed by
399. separate written agreement(s), which shall be delivered by Broker(s) to Escrow Company for payment at COE, if not previously paid.
400. If Seller is obligated to pay Broker(s), this Contract shall constitute an irrevocable assignment of Seller's proceeds at COE. If Buyer
401. is obligated to pay Broker(s), payment shall be collected from Buyer as a condition of COE. COMMISSIONS PAYABLE FOR THE
402. SALE, LEASING, OR MANAGEMENT OF PROPERTY ARE NOT SET BY ANY BOARD OR ASSOCIATION OF REALTORS®, OR
403. MULTIPLE LISTING SERVICE, OR IN ANY MANNER OTHER THAN BETWEEN BROKER AND CLIENT.

**8g.** 404. **Copies and Counterparts:** A fully executed facsimile or electronic copy of the Contract shall be treated as an original Contract.
405. This Contract and any other documents required by this Contract may be executed by facsimile or other electronic means and in any
406. number of counterparts, which shall become effective upon delivery as provided for herein, except that the Disclosure of Information
407. on Lead-Based Paint and Lead-Based Paint Hazards may not be signed in counterpart. All counterparts shall be deemed to
408. constitute one instrument, and each counterpart shall be deemed an original.

**8h.** 409. **Days:** All references to days in this Contract shall be construed as calendar days and a day shall begin at 12:00 a.m. and
410. end at 11:59 p.m.

**8i.** 411. **Calculating Time Periods:** In computing any time period prescribed or allowed by this Contract, the day of the act or event from
412. which the time period begins to run is not included and the last day of the time period is included. Contract acceptance occurs on the
413. date that the signed Contract (and any incorporated counter offer) is delivered to and received by the appropriate Broker. Acts that
414. must be performed three (3) days prior to the COE Date must be performed three (3) full days prior (i.e. – if the COE Date is Friday
415. the act must be performed by 11:59 p.m. on Monday).

**8j.** 416. **Entire Agreement:** This Contract, and any addenda and attachments, shall constitute the entire agreement between Seller and
417. Buyer, shall supersede any other written or oral agreements between Seller and Buyer and can be modified only by a writing signed
418. by Seller and Buyer. The failure to initial any page of this Contract shall not affect the validity or terms of this Contract.

**8k.** 419. **Subsequent Offers:** Buyer acknowledges that Seller has the right to accept subsequent offers until COE. Seller understands that
420. any subsequent offer accepted by Seller must be a backup offer contingent on the cancellation of this Contract.

**8l.** 421. **Cancellation:** A party who wishes to exercise the right of cancellation as allowed herein may cancel this Contract by delivering
422. notice stating the reason for cancellation to the other party or to Escrow Company. Cancellation shall become effective immediately
423. upon delivery of the cancellation notice.

**8m.** 424. **Notice:** Unless otherwise provided, delivery of all notices and documentation required or permitted hereunder shall be in writing
425. and deemed delivered and received when: (i) hand-delivered; (ii) sent via facsimile transmission; (iii) sent via electronic mail, if email
426. addresses are provided herein; or (iv) sent by recognized overnight courier service, and addressed to Buyer as indicated in
427. Section 8q, to Seller as indicated in Section 9a and to Escrow Company indicated in Section 3a.

**8n.** 428. **Release of Broker(s):** **Seller and Buyer hereby expressly release, hold harmless and indemnify Broker(s) in this**
429. **transaction from any and all liability and responsibility regarding financing, the condition, square footage, lot lines,**
430. **boundaries, value, rent rolls, environmental problems, sanitation systems, roof, wood infestation, building codes,**
431. **governmental regulations, insurance, price and terms of sale, return on investment or any other matter relating to the value**
432. **or condition of the Premises. The parties understand and agree that Broker(s) do not provide advice on property as an**
433. **investment and are not qualified to provide financial, legal, or tax advice regarding this real estate transaction.**

434. **(SELLER'S INITIALS REQUIRED)** _____/_____       **(BUYER'S INITIALS REQUIRED)** _____/_____
                                        SELLER     SELLER                                            BUYER     BUYER

**8o.** 435. **Terms of Acceptance:** This offer will become a binding Contract when acceptance is signed by Seller and a signed copy delivered
436. in person, by mail, facsimile or electronically, and received by Broker named in Section 8q
437. by _____April 13_____ , __2022__ at ___7:30___ ☐ a.m./☒ p.m., Mountain Standard Time.
438. Buyer may withdraw this offer at any time prior to receipt of Seller's signed acceptance. If no signed acceptance is received by this
439. date and time, this offer shall be deemed withdrawn and Buyer's Earnest Money shall be returned.

**8p.** 440. THIS CONTRACT CONTAINS TEN (10) PAGES EXCLUSIVE OF ANY ADDENDA AND ATTACHMENTS. PLEASE ENSURE
441. THAT YOU HAVE RECEIVED AND READ ALL TEN (10) PAGES OF THIS OFFER AS WELL AS ANY ADDENDA AND
442. ATTACHMENTS.

>>

---

Residential Resale Real Estate Purchase Contract • Updated: February 2020
Copyright © 2020 Arizona Association of REALTORS®. All rights reserved.

_____/_____ <Initials     Initials> _____/_____
SELLER   SELLER                          BUYER   BUYER

Page 9 of 10

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

3914 N 87th St



**8q.** **443.** **Broker on behalf of Buyer:**

**444.** **Eve Treger**                               **eb074**          **SA522565000**
PRINT AGENT'S NAME                       AGENT MLS CODE      AGENT STATE LICENSE NO.

**445.** _____
PRINT AGENT'S NAME                       AGENT MLS CODE      AGENT STATE LICENSE NO.

**446.** **Vicsdale**                                                **vics001**
PRINT FIRM NAME                                              FIRM MLS CODE

**447.** **7025 E Berneil Dr**        **Paradise Valley**   **AZ**  **85253-194** **LC702015000**
FIRM ADDRESS                                        STATE  ZIP CODE   FIRM STATE LICENSE NO.

**448.** **(602) 697-7663**                     **evetreger@gmail.com**
PREFERRED TELEPHONE        FAX           EMAIL

**8r.** **449.** **Agency Confirmation:** Broker named in Section 8q above is the agent of (check one):

**450.** [x] Buyer;  [ ] Seller; or  [ ] both Buyer and Seller

**8s.** **451.** **The undersigned agree to purchase the Premises on the terms and conditions herein stated and acknowledge receipt of**
**452.** **a copy hereof including the Buyer Attachment.**

**453.** _____     4/13/2022          _____
^ BUYER'S SIGNATURE                   MO/DA/YR       ^ BUYER'S SIGNATURE            MO/DA/YR

**454.** **M&M Vicsdale LLC**                               _____
^ BUYER'S NAME PRINTED                              ^ BUYER'S NAME PRINTED

**455.** _____                 _____
ADDRESS                                            ADDRESS

**456.** _____                 _____
CITY, STATE, ZIP CODE                              CITY, STATE, ZIP CODE

# 9. SELLER ACCEPTANCE

**9a.** **457.** **Broker on behalf of Seller:**

**458.** **Beth Jo Zeitzer**                           **bz003**          **BR044331000**
PRINT AGENT'S NAME                       AGENT MLS CODE      AGENT STATE LICENSE NO.

**459.** **Rebecca Marvel**                            **rm838**          **BR678016000**
PRINT AGENT'S NAME                       AGENT MLS CODE      AGENT STATE LICENSE NO.

**460.** **R.O.I. Properties**                                         **roip01**
PRINT FIRM NAME                                              FIRM MLS CODE

**461.** _____                        **LC541770000**
FIRM ADDRESS                                        STATE  ZIP CODE   FIRM STATE LICENSE NO.

**462.** **(602) 492-3194**        **(602) 794-6389**   **bethjozeitzer@roiproperties.com**
PREFERRED TELEPHONE        FAX           EMAIL

**9b.** **463.** **Agency Confirmation:** Broker named in Section 9a above is the agent of (check one):

**464.** [x] Seller; or  [ ] both Buyer and Seller

**9c.** **465.** **The undersigned agree to sell the Premises on the terms and conditions herein stated, acknowledge receipt of a**
**466.** **copy hereof and grant permission to Broker named in Section 9a to deliver a copy to Buyer.**

**467.** [XX] Counter Offer is attached, and is incorporated herein by reference. Seller must sign and deliver both this offer and the Counter
**468.** Offer. If there is a conflict between this offer and the Counter Offer, the provisions of the Counter Offer shall be controlling.

**469.** *Jaime Chamberlain*               04-14-2022    _____
^ SELLER'S SIGNATURE                  MO/DA/YR       ^ SELLER'S SIGNATURE           MO/DA/YR

**470.** **87TH STREET LLC**                               _____
^ SELLER'S NAME PRINTED                             ^ SELLER'S NAME PRINTED

**471.** _____                 _____
ADDRESS                                            ADDRESS

**472.** _____                 _____
CITY, STATE, ZIP CODE                              CITY, STATE, ZIP CODE

**473.** [ ] **OFFER REJECTED BY SELLER:** _____  _____  _____,  _____    _____
MONTH        DAY      YEAR           (SELLER'S INITIALS)

**For Broker Use Only:**

Brokerage File/Log No. _____  Manager's Initials _____  Broker's Initials _____  Date _____
MO/DA/YR

# EXHIBIT B

# COMMITMENT FOR TITLE INSURANCE
Issued By
## Stewart Title Guaranty Company

## SCHEDULE B, PART I

### REQUIREMENTS

The following requirements are to be complied with:

1. Instrument(s) creating the estate or interest to be insured must be approved, executed and filed for record to-wit:

   a. Deed from 87th Street LLC, an Arizona Limited Liability Company to MWM Vicsdale, LLC

2. Payment of all premiums, fees and charges for the policy.

3. Payment of the full consideration to, or for the account of, the grantors or mortgagors.

4. Payment of all taxes, charges, assessments, levied and assessed against subject premises, which are due and payable.

   Taxes and charges, together with interest, penalty and statutory foreclosure costs, if any, after delinquency:
   | | |
   |---|---|
   | Tax Year: | 2021 |
   | Tax Type: | County |
   | Tax ID No.: | 130-41-066 |
   | Taxing Entity: | Maricopa County Treasurer |
   | Total Annual Tax: | $1,772.38 |
   | First Installment: | $886.19 |
   | First Installment Status: | Paid |
   | First Installment Due/Paid Date: | October 1, 2021 |
   | First Installment Delinquent Date: | November 2, 2021 |
   | Second Installment: | $886.19 |
   | Second Installment Status: | Due |
   | Second Installment Due/Paid Date: | March 1, 2022 |
   | Second Installment Delinquent Date: | May 2, 2022 |
   | Notes: | View Taxes |

5. Completion of the following:

   a. the Company's review and approval of an updated title search through the date of closing or such earlier date as the Company may accept.

   b. the Company's review and acceptance of an Affidavit of Possession and No Liens, and the Company's review of the potential exposure for construction liens.

   c. The Company reserves the right to exclude from coverage matters disclosed by the Affidavit or discovered in the Company's review of the potential exposure for construction liens, and to make such additional requirements as it may deem necessary.

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Stewart Title Guaranty Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and]Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

ALTA Commitment 08-01-2016
WFG Form RS9173869

6. Pay the second half of 2021 taxes.

7. Secure and record a reconveyance of the Deed of Trust given by 87th Street, LLC, an Arizona Limited Liability Company to Empire West, as Trustee, in favor of Black Canyon Anesthesia PC PSP dated 12/1/1987, in the original amount of $400,000.00, dated May 10, 2016, and recorded on May 12, 2016, in 2016-0325224, of Official Records.

   Appointment of Trustee, wherein Black Canyon Anesthesia PC PSP dated 12/1/1987 appoints Leonard J. McDonald as Substitute Trustee(s), recorded on November 30, 2021, in 2021-1271030, of Official Records.

8. Secure and record a Notice of Discontinuance of Trustee Sale from Leonard J. McDonald, as evidenced by Notice of Trustee Sale recorded on November 30, 2021, in 2021-1271031, of Official Records.

9. We note pending Chapter 11 bankruptcy proceedings filed in Maricopa County, by 87th Street LLC (Debtor). Any transaction (sale, encumbrance, purchase, etc.) Involving the debtor's real estate must be authorized by court order. The court order may be subject to a 14-day appeal period or a 14-day stay. As soon as possible, provide this company with a copy of the court order.

10. We are informed that 87th Street LLC is a limited liability company (LLC). A copy of the duplicate original of the filed LLC certificate of formation, the LLC agreement, and all subsequent modifications or amendments must be submitted to the company for review.

**END OF REQUIREMENTS**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Stewart Title Guaranty Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and]Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

## INFORMATIONAL NOTES

NOTE 1: All of the recording information contained herein refers to the Public Records of County and State contained within the legal description on Schedule A, unless otherwise indicated. Any reference herein to a Book and Page is a reference to the Record Books of said county, unless indicated to the contrary.

NOTE 2: As to any and all covenants and restrictions set forth herein, the following is added: "but omitting any covenant or restriction based on race, color, religion, sex, handicap, familial status or national origin, unless and only to the extent that said covenant(s): (a) is/are exempt under Chapter 42, Section 3607 of the United States Code; or (b) relates to a handicap, but does not discriminate against handicapped persons."

NOTE 3: Due to current conflicts or potential conflicts between state and federal law, which conflicts may extend to local law, regarding marijuana, if the transaction to be insured involves property which is currently used or is to be used in connection with a marijuana enterprise, including but not limited to the cultivation, storage, distribution, transport, manufacture, or sale of marijuana and/or products containing marijuana, the Company declines to close or insure the transaction, and this Commitment shall automatically be considered null and void and of no force and effect.

NOTE 4: The following is incorporated herein for information purposes only and is not part of the exception from coverage (Schedule B-II of the commitment and Schedule B of the policy): The following instrument(s), affecting said property, is (are) the last instrument(s) conveying subject property filed for record within 24 months of the effective date of this commitment:

None of Record

**End of Schedule B-I**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Stewart Title Guaranty Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and]Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# COMMITMENT FOR TITLE INSURANCE
Issued By
**Stewart Title Guaranty Company**

## SCHEDULE B, PART II

### EXCEPTIONS

THIS COMMITMENT DOES NOT REPUBLISH ANY COVENANT, CONDITION, RESTRICTION, OR LIMITATION CONTAINED IN ANY DOCUMENT REFERRED TO IN THIS COMMITMENT TO THE EXTENT THAT THE SPECIFIC COVENANT, CONDITION, RESTRICTION, OR LIMITATION VIOLATES STATE OR FEDERAL LAW BASED ON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, GENDER IDENTITY, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN.

The Policy will not insure against loss or damage resulting from the terms and provisions of any lease or easement identified in Schedule A, and will include the following Exceptions unless cleared to the satisfaction of the Company:

1. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

2. Any facts, rights, interests, or claims that are not shown by the Public Records but that could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

3. Any rights, interests or claims of parties in possession not shown by the public records.

4. Any lien, or right to a lien, for services, labor, materials or equipment in connection with improvements, repairs or renovations provided before, on, or after Date of Policy and not shown by the Public Records at Date of Policy.

5. Any encroachment, encumbrance, violation, conflict in boundary line(s), shortage in area, or adverse circumstance affecting the title that would be disclosed by an accurate and complete land survey and/or physical inspection of the land. The term "encroachment" includes encroachments of existing improvements located on the land onto adjoining land, and encroachments on the land of existing improvements located on adjoining land.

6. (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.

7. Easements or claims of easements not shown by the public records.

8. (a) Unpatented mining claims; (b)reservations or exceptions in patents or in Acts authorizing the issuance thereof; and (c) Oil, natural gas, coal, fissionable materials or other minerals previously conveyed, leased or retained by prior owners, whether or not appearing in the Public Records or listed in Schedule B. The Company makes no representation as to the present ownership of any such interests. There may be leases, grants, exceptions or reservations of interests that are not listed.

9. Any adverse ownership claim by right of sovereignty to any portion of the lands insured hereunder, including tidelands, submerged, filled and artificially exposed lands and lands accreted to such lands or dispute as to the boundaries purportedly caused by a change in the location of any water body within or adjacent to the land.

10. Water rights, and claims or title to water, whether or not shown by the Public Records.

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Stewart Title Guaranty Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and]Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

11. Property taxes, which are a lien not yet due and payable, including any assessments collected with taxes, to be levied for the fiscal year of 2022.

12. The liabilities and obligations imposed upon said land by reason of: (a) inclusion thereof within the boundaries of the Salt River Project Agricultural Improvement and Power District; (b) membership of the owner thereof in the Salt River Valley Water Users' Association, an Arizona corporation, and; (c) the terms of any Water Right Application made under the reclamation laws of the United States for the purpose of obtain water rights for said land.

13. Terms, provisions, covenants, conditions, restrictions, easements, charges, assessments and liens, if any provided in the Plat recorded in Book 130 of Maps, Page 36, of Official Records, but omitting any covenant, condition or restriction, if any, based on race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that the covenant, condition or restriction (a) is exempt under Title 42 of the United States Code, or (b) relates to handicap, but does not discriminate against handicapped persons.

   Affidavit of Correction recorded on August 8, 2013, in 2013-0724146, of Official Records.

14. Terms, provisions, covenants, conditions, restrictions, easements, charges, assessments and liens provided in the Covenants, Conditions and Restrictions recorded on June 17, 1970, in Docket 8182, Page 390, of Official Records.

**End of Schedule B-II**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued byStewart Title Guaranty Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and]Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

# EXHIBIT C

| | | Price / Status / MLS # | Sold Price | List Price | Price/SqFt | Approx SQFT | Subdivision | # Bedrooms | # Bathrooms | Pool | Approx Lot SqFt | Year Built | List Date | Close of Escrow Date | Cumulative DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | **$636,000** 8335 E WELDON AVE Scottsdale, AZ 85251 Closed / 6291392 | 636,000 | 652,000 | 328.51 | 1,936 | SCOTTSDALE ESTATES 7 LOTS 760-887, TR A | 5 | 3 | Private | 6,720 | 1958 | | 10/14/2021 | 47 |
| 2 | | **$799,000** 8701 E COLUMBUS AVE Scottsdale, AZ 85251 Closed / 6338160 | 799,000 | 799,000 | 391.28 | 2,042 | PARK SCOTTSDALE 17 | 4 | 2 | Private | 8,426 | 1971 | | 01/31/2022 | 24 |
| 3 | Status Change | **$875,000** 8638 E WHITTON AVE Scottsdale, AZ 85251 Closed / 6358777 | 875,000 | 825,000 | 434.46 | 2,014 | PARK SCOTTSDALE 14 | 4 | 2 | Private | 9,309 | 1970 | | 04/08/2022 | 33 |
| 4 | | **$925,000** 8534 E MONTEREY WAY W Scottsdale, AZ 85251 Closed / 6311126 | 925,000 | 925,000 | 392.28 | 2,358 | VILLAGE GROVE 19 | 4 | 2 | Private | 9,602 | 1968 | | 12/08/2021 | 34 |
| 5 | | **$930,000** 4013 N 82ND ST Scottsdale, AZ 85251 Closed / 6340932 | 930,000 | 999,000 | 465.69 | 1,997 | SCOTTSDALE ESTATES 8 LOTS 888-1013 | 4 | 3 | Private | 6,624 | 1958 | | 02/11/2022 | 0 |
| 6 | | **$975,000** 8302 E CHEERY LYNN RD Scottsdale, AZ 85251 Closed / 6343493 | 975,000 | 999,000 | 479.12 | 2,035 | VILLAGE GROVE 17 | 4 | 3 | Private | 8,793 | 1964 | | 02/07/2022 | 17 |

Prepared by Beth Jo Zeitzer

*All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*
**DND2** ( **D** o **N** ot **D** isplay or **D** isclose) - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.

04/11/2022 9:59 AM © 2022 ARMLS and FBS. DMCA



**Legend**

| | |
|---|---|
| **1.** 8335 E WELDON AVE, Scottsdale, AZ 85251(6291392) | **4.** 8534 E MONTEREY WAY W, Scottsdale, AZ 85251(6311126) |
| **2.** 8701 E COLUMBUS AVE, Scottsdale, AZ 85251(6338160) | **5.** 4013 N 82ND ST, Scottsdale, AZ 85251(6340932) |
| **3.** 8638 E WHITTON AVE, Scottsdale, AZ 85251(6358777) | **6.** 8302 E CHEERY LYNN RD, Scottsdale, AZ 85251(6343493) |



| | |
|---|---|
| 6291392   Residential | Single Family - Detached   Closed |

| | |
|---|---|
| **Beds/Baths:** 5 / 3<br>**Bedrooms Plus:** 5<br>**Approx SqFt:** 1,936 / County Assessor<br>**Price/SqFt:** $328.51<br>**Year Built:** 1958<br>**Pool:** Private Only<br>**Encoded Features:** 53FRP<br>**Exterior Stories:** 1<br>**# of Interior Levels:** 1<br>**Dwelling Type:** Single Family - Detached<br>**Dwelling Styles:** Detached | **Approx Lot SqFt:** 6,720 / County Assessor<br>**Approx Lot Acres:** 0.154<br>**Subdivision:** SCOTTSDALE ESTATES 7 LOTS 760-887, TR A<br>**Tax Municipality:** Scottsdale<br>**Marketing Name:**<br>**Planned Cmty Name:**<br>**Model:**<br>**Builder Name:** Hallcraft<br>**Hun Block:** 3700 N<br>**Map Code/Grid:** P37<br>**Building Number:** |
| **Ele Sch Dist:** 048 - Scottsdale Unified District<br>**Elementary School:** Pima Elementary School<br>**Jr. High School:** Supai Middle School | **High School Dist #:** 048 - Scottsdale Unified District<br>**High School:** Coronado High School |

**Cross Streets:** Granite Reef & Indian School  **Directions:** South on Granite Reef to Weldon. West on Weldon to home on south side of street.

**Public Remarks:** Wonderful 5 bed 3 ba Scottsdale home, nice 3/2 split floorplan! Spacious backyard with sparkling pool, covered patio and gazebo!! Light and bright kitchen with fam rm or large eating area combo. Good storage and cabinet space. Roof only 3 yrs old, showers newly tiled with new fixtures, newly painted inside and out. Fans in all bedrooms and living spaces. Mins to downtown Scottsdale, golf, shops, Indian School park, Camelback MT, ASU, easy access to the #101 and all Scottsdale amenities. Owner still doing some finish work.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 0<br>**Carport Spaces:** 0<br>**Total Covered Spaces:** 0<br>**Slab Parking Spaces:** 0<br>**Parking Features:** Separate Strge Area<br>**Pool Features:** Private; Diving Pool<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** No Fireplace<br>**Property Description:** North/South Exposure; Alley<br>**Landscaping:** Gravel/Stone Front; Gravel/Stone Back<br>**Exterior Features:** Covered Patio(s); Storage<br>**Add'l Property Use:** None<br>**Flooring:** Concrete | **Kitchen Features:** Disposal; Dishwasher; Refrigerator; Laminate Counters<br>**Master Bathroom:** 3/4 Bath Master Bdrm<br>**Master Bedroom:** Split; Downstairs<br>**Additional Bedroom:** Other Bdrm Split; 2 Master Bdrms<br>**Laundry:** Washer Included; Dryer Included<br>**Dining Area:** Eat-in Kitchen; Breakfast Bar<br>**Basement Y/N:** N<br>**Sep Den/Office Y/N:** N<br>**Other Rooms:** Family Room | **Architecture:** Ranch<br>**Unit Style:** All on One Level<br>**Const - Finish:** Painted; Brick Trim/Veneer<br>**Construction:** Brick<br>**Roofing:** Comp Shingle<br>**Fencing:** Block<br>**Cooling:** Refrigeration; Ceiling Fan(s)<br>**Heating:** Electric<br>**Utilities:** APS; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br>**Services:** City Services<br>**Technology:** HighSpd Intrnt Aval | **County Code:** Maricopa<br>**Legal Description (Abbrev):** LOT 849 SCOTTSDALE ESTATES 7 LOTS 760-887, TR A MCR 007807<br>**AN:** 130-48-090<br>**Lot Number:** 849<br>**Town-Range-Section:** 2N-4E-25<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $1,808/2021<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; VA; FHA; Conventional<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Existing 1st Ln Trms:**<br>**Disclosures:** None<br>**Possession:** By Agreement; Close of Escrow |

**Fees & Homeowner Association Information**

| | |
|---|---|
| **HOA Y/N:** N / / | |
| **HOA 2 Y/N:** / / | |
| **HOA 3 Y/N:** / / | |

| | | |
|---|---|---|
| **Association Fee Incl:** No Fees<br>**Assoc Rules/Info:** None | **Rec Center Fee Y/N:** / /<br>**Rec Center Fee 2 Y/N:** / /<br>**Land Lease Fee Y/N:** N / $0 /<br>**PAD Fee Y/N:** N / $0 / | **Ttl Mthly Fee Equiv:** $0<br>**Cap Imprv/Impact Fee:** 0<br>**Cap Impv/Impt Fee 2:** |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 47 / 47<br>**Status Change Date:** 10/26/2021<br>**Close of Escrow Date:** 10/14/2021<br>**Off Market Date:** 10/26/2021 | **List Price:** $652,000<br>**Sold Price:** $636,000<br>**Sold Price/SqFt:** $328.51<br>**Loan Type:** Conventional<br>**Loan Years:** 30<br>**Payment Type:** Fixed<br>**Buyr Concess to Sell:** 0 $<br>**Sellr Concess to Buy:** 0 $<br>**Closing Cost Split:** Normal - N | **SA:** N / **BB:** Y / % 3 % **Var:** Y<br>**Other Compensation:**<br>**Special Listing Cond:** N/A |

*Listed by:* Cepheus Realty (ceph001)

Prepared by Beth Jo Zeitzer       *All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*       04/11/2022 9:59 AM © 2022 ARMLS and FBS.<br>**DND2 ( D** o **N** ot **D** isplay or **D** isclose) - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.       DMCA

charming 5 bed 3 ba Scottsdale home



lg driveway and circular drive



pretty front entry



screen door for breeze



sparkling pool



great backyard



**covered patio**



**multiple seating areas**



**gazebo!!!**



**20210909_134452**



**pretty front living room space**



**fans in all bedrooms and living areas**



**20210909_134603**



**spacious kitchen with lots of cabinets**



**20210909_134538**



**20210909_110223**



**desk area or serving spot**



**large front bedroom**



**nice mirrored closet doors**



**2 bedroom or office on 2 bed split side**




**20210909_105940**



**1 bath**



**shower redone**



**3rd bedroom**

**nice closets**



**2nd bath**



**20210909_133950**



**east side front bedroom**



**nice coat closet**



**3rd bath**



**2 min to continental golf course**   **20210909_133700**




| 6338160 | Residential | Single Family - Detached | | Closed |
|---|---|---|---|---|



**Beds/Baths:** 4 / 2
**Bedrooms Plus:** 4
**Approx SqFt:** 2,042 / County Assessor
**Price/SqFt:** $391.28
**Year Built:** 1971
**Flood Zone:** No
**Pool:** Private Only
**Encoded Features:** 42FRDPO2G2S
**Exterior Stories:** 1
**# of Interior Levels:** 1
**Dwelling Type:** Single Family - Detached
**Dwelling Styles:** Detached

**Approx Lot SqFt:** 8,426 / County Assessor
**Approx Lot Acres:** 0.193
**Subdivision:** PARK SCOTTSDALE 17
**Tax Municipality:** Scottsdale
**Marketing Name:**
**Planned Cmty Name:**
**Model:**
**Builder Name:** Hallcraft Homes
**Hun Block:** 3300 N
**Map Code/Grid:** P37
**Building Number:**

**Ele Sch Dist:** 048 - Scottsdale Unified District
**Elementary School:** Pima Elementary School
**Jr. High School:** Supai Middle School

**High School Dist #:** 048 - Scottsdale Unified District
**High School:** Coronado High School

**Cross Streets:** INDIAN SCHOOL & 87TH ST **Directions:** From East Indian School Road, Turn onto North 87th Street then turn right on East Amelia Ave, turn left on N 87th Street, turn left onto East Columbus Ave, the house will be on your right.

**Public Remarks:** Welcome home to your Old Town oasis, situated in one of the most highly sought after Scottsdale neighborhood's, this four bedroom, two bathroom property is one of the largest ranch style homes in the entire subdivision, featuring a split floor-plan with complete privacy from the guest suites, a completely remodeled master bathroom, resort style backyard with an expansive sparkling pool and peak-a-boo views of the iconic Camelback Mountain. Whether you're looking to make this your primary residence or capitalize on the short term rental market without HOA restrictions, the possibilities this home has to offer are endless.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 2<br>**Carport Spaces:** 0<br>**Total Covered Spaces:** 2<br>**Slab Parking Spaces:** 2<br>**Parking Features:** Dir Entry frm Garage<br>**Road Responsibility:** City Maintained Road<br>**Pool Features:** Private; Fenced<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** No Fireplace<br>**Property Description:** Corner Lot; Mountain View(s); North/South Exposure; Alley<br>**Landscaping:** Synthetic Grass Frnt; Yrd Wtring Sys Front; Yrd Wtring Sys Back<br>**Exterior Features:** Patio; Covered Patio(s); Pvt Yrd(s)/Crtyrd(s)<br>**Features:** Skylight(s); Vaulted Ceiling(s)<br>**Community Features:** Near Bus Stop<br>**Add'l Property Use:** None<br>**Flooring:** Carpet; Wood<br>**Windows:** Dual Pane | **Kitchen Features:** Disposal; Dishwasher; Pantry; Kitchen Island<br>**Dining Area:** Formal<br>**Master Bathroom:** Full Bth Master Bdrm; Tub with Jets<br>**Master Bedroom:** Split<br>**Laundry:** Wshr/Dry HookUp Only; Inside<br>**Basement Y/N:** N<br>**Sep Den/Office Y/N:** N<br>**Other Rooms:** Family Room; Great Room<br>**Items Updated:** Roof Yr Updated: 2013; Roof Partial/Full: Full; Bath(s) Yr Updated: 2021; Bath(s) Partial/Full: Partial; Pool Partial/Full: Full | **Architecture:** Ranch<br>**Const - Finish:** Painted<br>**Construction:** Block<br>**Roofing:** Comp Shingle<br>**Fencing:** Block<br>**Cooling:** Refrigeration; Ceiling Fan(s)<br>**Heating:** Electric<br>**Plumbing:** Electric Hot Wtr Htr<br>**Utilities:** SRP<br>**Water:** City Water<br>**Sewer:** Sewer - Public; Sewer in & Cnctd<br>**Services:** City Services<br>**Technology:** Cable TV Avail; HighSpd Intrnt Aval; Security Sys Owned | **County Code:** Maricopa<br>**Legal Description (Abbrev):** LOT 2118 PARK SCOTTSDALE 17 MCR 014001<br>**AN:** 130-41-087<br>**Lot Number:** 2118<br>**Town-Range-Section:** 2N-4E-25<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $1,905/2021<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; Conventional; 1031 Exchange<br>**Total Asum Mnth Pmts:** $0<br>**Total Encumbrance:** $0<br>**Down Payment:** $0<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Existing 1st Ln Trms:**<br>**Disclosures:** Seller Discl Avail; Agency Discl Req<br>**Possession:** Close of Escrow |

**Fees & Homeowner Association Information**

| HOA Y/N: N / / | |
|---|---|
| **HOA 2 Y/N:** / / | |
| **HOA 3 Y/N:** / / | |

| **Association Fee Incl:** No Fees<br>**Assoc Rules/Info:** None | **Rec Center Fee Y/N:** N / /<br>**Rec Center Fee 2 Y/N:** / /<br>**Land Lease Fee Y/N:** N / $0 /<br>**PAD Fee Y/N:** N / $0 / | **Ttl Mthly Fee Equiv:** $0<br>**Cap Imprv/Impact Fee:** 0<br>**Cap Imprv/Impt Fee 2:** |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 24 / 24<br>**Status Change Date:** 02/01/2022<br>**Close of Escrow Date:** 01/31/2022<br>**Off Market Date:** 02/01/2022 | **List Price:** $799,000<br>**Sold Price:** $799,000<br>**Sold Price/SqFt:** $391.28<br>**Loan Type:** Conventional<br>**Loan Years:** 30<br>**Payment Type:** Fixed<br>**Buyr Concess to Sell:** 0 $<br>**Sellr Concess to Buy:** 0 $<br>**Closing Cost Split:** Normal - N | **SA:** N / **BB:** Y / % 3 % **Var:** N<br>**Other Compensation:**<br>**Special Listing Cond:** N/A |

*Listed by:* The Agency (agen01)

*All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*
**DND2 ( D o N ot D isplay or D isclose)** - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.
04/11/2022 9:59 AM © 2022 ARMLS and FBS. DMCA

**turf front yard**



**courtyard**



**gorgeous pool**



**resort backyard**



**living room window**



**living room**



**kitchen**

**kitchen pool view**




**kitchen and dining**

**kitchen island stove**




**kitchen island**

**open dining**




**patio view**     **pool view**

**fountain**     **aerial**

**pool shot**     **relaxation station**



**side yard**



**master bed**



**master bathroom**



**master bed window**



**guest bedroom 2**



**guest bathroom**



**bedroom window**



**vaulted ceilings**



**large bedroom**



**laundry room shot**



**laundry room**



**8638 E WHITTON AVE, Scottsdale, AZ 85251**    **$875,000**

| 6358777 | Residential | Single Family - Detached | Closed |
|---|---|---|---|



**Beds/Baths:** 4 / 2
**Bedrooms Plus:** 4
**Approx SqFt:** 2,014 / County Assessor
**Price/SqFt:** $434.46
**Year Built:** 1970
**Pool:** Private Only
**Encoded Features:** 42RDP2G2S
**Exterior Stories:** 1
**# of Interior Levels:** 1
**Dwelling Type:** Single Family - Detached
**Dwelling Styles:** Detached

**Approx Lot SqFt:** 9,309 / County Assessor
**Approx Lot Acres:** 0.214
**Subdivision:** PARK SCOTTSDALE 14
**Tax Municipality:** Scottsdale
**Marketing Name:**
**Planned Cmty Name:**
**Model:**
**Builder Name:** Unknown
**Hun Block:**
**Map Code/Grid:** P37
**Building Number:**

**Ele Sch Dist:** 048 - Scottsdale Unified District
**Elementary School:** Pima Elementary School
**Jr. High School:** Tonalea K-8

**High School Dist #:** 048 - Scottsdale Unified District
**High School:** Coronado Elementary School

**Cross Streets:** Indian School Rd and Pima Rd **Directions:** Go W on Indian School from Pima Rd. Turn L on N 87th St. Turn R on E Amelia Ave. Turn L on N 87th. Turn R on E Whitton Ave. Property is on the Right.

**Public Remarks:** Prime location off the 101 within a few miles of Old Town Scottsdale and a mile from Giants Stadium and Continental Golf Club. This 4 bedroom 2 bathroom home has a corner lot of a cul-de-sac inside a highly sought after neighborhood. With no HOA, it makes for a great short term rental opportunity or your future primary residence. The home features a split floorplan with upgrades including quartz countertops and new cabinets in the kitchen, remodeled bathrooms, fantastic flooring, and brand new plumbing. The backyard provides the perfect oasis with huge extended covered patio, pool, and turf lawn.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 2<br>**Carport Spaces:** 0<br>**Total Covered Spaces:** 2<br>**Slab Parking Spaces:** 2<br>**Pool Features:** Private<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** No Fireplace<br>**Landscaping:** Gravel/Stone Front; Gravel/Stone Back; Desert Front; Desert Back; Synthetic Grass Back<br>**Flooring:** Laminate; Tile | **Kitchen Features:** Range/Oven Elec; Disposal; Dishwasher; Refrigerator<br>**Master Bathroom:** Full Bth Master Bdrm; Double Sinks<br>**Laundry:** Washer Included; Dryer Included; Gas Dryer Hookup<br>**Dining Area:** Formal<br>**Basement Y/N:** N<br>**Sep Den/Office Y/N:** N | **Const - Finish:** Painted<br>**Construction:** Block<br>**Roofing:** Comp Shingle<br>**Fencing:** Block<br>**Cooling:** Refrigeration; Ceiling Fan(s); Programmable Thmstat<br>**Heating:** Electric<br>**Plumbing:** Gas Hot Water Heater<br>**Utilities:** SRP; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public | **County Code:** Maricopa<br>**Legal Description (Abbrev):** LOT 1942 PARK SCOTTSDALE 14 MCR 012902<br>**AN:** 130-40-078<br>**Lot Number:** 1942<br>**Town-Range-Section:** 2N-4E-25<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $2,193/2021<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; VA; FHA; Conventional<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Existing 1st Ln Trms:**<br>**Disclosures:** Seller Discl Avail<br>**Possession:** Close of Escrow |

### Fees & Homeowner Association Information

| HOA Y/N: N / / | |
|---|---|
| **HOA 2 Y/N:** / / | |
| **HOA 3 Y/N:** / / | |

| Association Fee Incl: No Fees<br>Assoc Rules/Info: Not Managed | **Rec Center Fee Y/N:** / /<br>**Rec Center Fee 2 Y/N:** / /<br>**Land Lease Fee Y/N:** N / /<br>**PAD Fee Y/N:** N / / | **Ttl Mthly Fee Equiv:** $0<br>**Cap Imprv/Impact Fee:**<br>**Cap Imprv/Impt Fee 2:** |
|---|---|---|

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 33 / 33<br>**Status Change Date:** 04/08/2022<br>**Close of Escrow Date:** 04/08/2022<br>**Off Market Date:** 03/29/2022 | **List Price:** $825,000<br>**Sold Price:** $875,000<br>**Sold Price/SqFt:** $434.46<br>**Loan Type:** Conventional<br>**Buyr Concess to Sell:** 0 $<br>**Sellr Concess to Buy:** 0 $<br>**Closing Cost Split:** Normal - N | **SA:** N / **BB:** Y / % 2.5 % **Var:** Y<br>**Other Compensation:**<br>**Special Listing Cond:** N/A<br>**Status Update:** Multiple Offers Recd |

*Listed by: Redfin Corporation (flre001)*

Prepared by Beth Jo Zeitzer    *All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*    04/11/2022 9:59 AM © 2022 ARMLS and FBS.
**DND2 ( D o N ot D isplay or D isclose)** - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.    DMCA



**07-Whitton**



**08-Whitton**



**09-Whitton**



**10-Whitton**



**11-Whitton**



**12-Whitton**



**13-Whitton**



**14-Whitton**



**15-Whitton**



**16-Whitton**



**17-Whitton**



**18-Whitton**



**19-Whitton**



**20-Whitton**



**21-Whitton**



**22-Whitton**



**23-Whitton**



**24-Whitton**



**25-Whitton**     **26-Whitton**

**27-Whitton**     **28-Whitton**

**29-Whitton**     **30-Whitton**



**31-Whitton**



**32-Whitton**



**8534 E MONTEREY WAY W, Scottsdale, AZ 85251**     **$925,000**



| 6311126 | Residential | Single Family - Detached | | Closed |
|---|---|---|---|---|

| | |
|---|---|
| **Beds/Baths:** 4 / 2 | **Approx Lot SqFt:** 9,602 / County Assessor |
| **Bedrooms Plus:** 4 | **Approx Lot Acres:** 0.220 |
| **Approx SqFt:** 2,358 / Owner | **Subdivision:** VILLAGE GROVE 19 |
| **Price/SqFt:** $392.28 | **Tax Municipality:** Scottsdale |
| **Year Built:** 1968 | **Marketing Name:** Corner lot with RV gate |
| **Pool:** Private Only | **Planned Cmty Name:** |
| **Encoded Features:** 42RDPO2G | **Model:** Corner lot |
| **Exterior Stories:** 1 | **Builder Name:** Allied |
| **# of Interior Levels:** 1 | **Hun Block:** 3200 N |
| **Dwelling Type:** Single Family - Detached | **Map Code/Grid:** P37 |
| **Dwelling Styles:** Detached | **Building Number:** |
| **Ele Sch Dist:** 048 - Scottsdale Unified District | **High School Dist #:** 048 - Scottsdale Unified District |
| **Elementary School:** Pima Elementary School | **High School:** Coronado High School |
| **Jr. High School:** Supai Middle School | |

**Cross Streets:** 101/Pima & Thomas **Directions:** West On Thomas, N on 86th, W on Earl N on Monterey . Corner of Earl and Monterrey

**Public Remarks:** This beautiful Mid Century Modern Allied home has over $200K in upgrades from HVAC-ductwork, plumbing line, exterior reverse board and batten, 117 sq ft laundry room addition with its own mini-split, adds 117sqft house total 2358 sqft, tankless water heater, bathrooms remodel. Master bedroom closet system, solid doors, Patio Roofing, Kitchen with quartz counters, water softener, back yard remodel with barbecue, RV Gate, the list goes on and on.

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 2 | **Kitchen Features:** 220 Volts in Kitchen; Disposal; Dishwasher; Refrigerator; Walk-in Pantry; Non-laminate Counter | **Architecture:** Ranch | **County Code:** Maricopa |
| **Carport Spaces:** 0 | | **Unit Style:** All on One Level | **Legal Description (Abbrev):** LOT 177 VILLAGE GROVE 19 MCR 011127 |
| **Total Covered Spaces:** 2 | | **Const - Finish:** Painted | **AN:** 130-37-059 |
| **Slab Parking Spaces:** 0 | **Laundry:** Washer Included; Dryer Included; 220 V Dryer Hookup; See Remarks | **Construction:** Block | **Lot Number:** 177 |
| **Parking Features:** Electric Door Opener; RV Gate; RV Parking | **Master Bathroom:** 3/4 Bath Master Bdrm | **Roofing:** Comp Shingle | **Town-Range-Section:** 2N-4E-25 |
| **Road Responsibility:** City Maintained Road | **Dining Area:** Formal; Eat-in Kitchen; Dining in FR | **Fencing:** Block | **Cty Bk&Pg:** |
| **Pool Features:** Private | | **Cooling:** Refrigeration; Mini Split | **Plat:** |
| **Spa:** None | **Basement Y/N:** N | **Heating:** Natural Gas; Mini Split | **Taxes/Yr:** $2,003/2021 |
| **Horses:** N | **Sep Den/Office Y/N:** N | **Plumbing:** Gas Hot Wtr – Tnklss | **Ownership:** Fee Simple |
| **Fireplace:** No Fireplace | **Other Rooms:** Great Room | **Utilities:** SRP | **New Financing:** Cash; Conventional |
| **Property Description:** Corner Lot | **Items Updated:** Floor Yr Updated: 2021; Floor Partial/Full: Full; Plmbg Yr Updated: 2017; Plmbg Partial/Full: Full; Ht/Cool Yr Updated: 2017; Ht/Cool Partial/Full: Full; Roof Yr Updated: 2017; Roof Partial/Full: Partial; Kitchen Yr Updated: 2012; Kitchen Partial/Full: Full; Bath(s) Yr Updated: 2021; Bath(s) Partial/Full: Full; Rm Adtn Yr Updated: 2019; Rm Adtn Partial/Full: Full; Pool Yr Updated: 2014; Pool Partial/Full: Partial | **Water:** City Water | **Existing 1st Loan:** Conventional |
| **Landscaping:** Gravel/Stone Front; Gravel/Stone Back; Desert Front | | **Sewer:** Sewer - Public | **Existing 1st Ln Trms:** |
| **Exterior Features:** Patio; Covered Patio(s); Storage; Built-in BBQ | | **Services:** City Services | **Disclosures:** Seller Discl Avail |
| **Features:** Water Softener Owned | | **Technology:** Cable TV Avail; HighSpd Intrnt Avail | **Possession:** By Agreement; Close of Escrow |
| **Flooring:** Carpet; Tile | | | |
| **Windows:** Sunscreen(s); Dual Pane | | | |

**Fees & Homeowner Association Information**

**HOA Y/N:** N / /

**HOA 2 Y/N:** / /

**HOA 3 Y/N:** / /

| | | |
|---|---|---|
| **Association Fee Incl:** No Fees | **Rec Center Fee Y/N:** / / | **Ttl Mthly Fee Equiv:** $0 |
| **Assoc Rules/Info:** None | **Rec Center Fee 2 Y/N:** / / | **Cap Imprv/Impact Fee:** |
| | **Land Lease Fee Y/N:** N / / | **Cap Imprv/Impt Fee 2:** |
| | **PAD Fee Y/N:** N / / | |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 34 / 34 | **List Price:** $925,000 | **SA:** N / **BB:** Y / % 2.5 **Var:** N |
| **Status Change Date:** 12/08/2021 | **Sold Price:** $925,000 | **Other Compensation:** |
| **Close of Escrow Date:** 12/08/2021 | **Sold Price/Sqft:** $392.28 | **Special Listing Cond:** N/A |
| **Off Market Date:** 12/02/2021 | **Loan Type:** Conventional | |
| | **Loan Years:** 30 | |
| | **Payment Type:** Fixed | |
| | **Buyer Concess to Sell:** 0 $ | |
| | **Sellr Concess to Buy:** 5,000 $ | |
| | **Closing Cost Split:** Normal - N | |

*Listed by:* West USA Realty (wusa02)

Prepared by Beth Jo Zeitzer    *All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*    04/11/2022 9:59 AM © 2022 ARMLS and FBS.

**DND2 ( D** o **N** ot **D** isplay or **D** isclose) - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.    DMCA

**Exterior Front twilight**



Beautiful Mid Century

**Exterior Front Entry twilight**



Allied Home

**Exterior**



**exterior3**



**8534 E Monterey Way Scottsdale AZ - MLS**



**8534 E Monterey Way Scottsdale AZ - MLS**



**Foyer**



Foyer

**Living Room and foyer**

Step down living room

**Living Room**



Living room

**Kitchen correct color**



**Kitchen3**

**27 Kitchen-Edit-2**



**kitchen peninsula**



**Breakfast Area**



Breakfast room

**Dining Room**



Dining room

**Master Bedroom2**



Master bedroom

**Master Bedroom**



Master with closets on both sides

**Bathroom main**



**Bedroom2**



**Bedroom3**



**Bedroom4 office**



Make sure to check out the hidden closet!

**Patio**



Seating area

**Patio2**



Dining area

**Pool**



Pool

**Back Yard with fireplace2 (1)**                          **Laundry Room**

    

Fireplace and built in barbecue                          Laundry Room Addition



| | | | |
|---|---|---|---|
| 6340932 | Residential | Single Family - Detached | Closed |

**Beds/Baths:** 4 / 3
**Bedrooms Plus:** 4
**Approx SqFt:** 1,997 / Architect
**Price/SqFt:** $465.69
**Year Built:** 1958
**Pool:** Private Only
**Encoded Features:** 43RPS1G2S
**Exterior Stories:** 1
**# of Interior Levels:** 1
**Dwelling Type:** Single Family - Detached
**Dwelling Styles:** Detached

**Approx Lot SqFt:** 6,624 / County Assessor
**Approx Lot Acres:** 0.152
**Subdivision:** SCOTTSDALE ESTATES 8 LOTS 888-1013
**Tax Municipality:** Scottsdale
**Marketing Name:**
**Planned Cmty Name:**
**Model:**
**Builder Name:** SaddleWood Contracting
**Hun Block:**
**Map Code/Grid:** P37
**Building Number:**

**Ele Sch Dist:** 048 - Scottsdale Unified District
**Elementary School:** Pima Elementary School
**Jr. High School:** Mohave Middle School

**High School Dist #:** 048 - Scottsdale Unified District
**High School:** Saguaro Elementary School

**Cross Streets: Directions:** east on indian school south on 82nd

**Public Remarks:** Beautiful Master addition, Garage and remodel! Complete redone from studs up. Beautiful 4/3 with a vaulted master and pending pool. Close to Spring Training, Old Town, Fashion Square. This is a entertainers dream in an amazing area! new roof, new rough electrical, ductwork, stucco, etc. Complete new home Pool under construction beginning excavation, buyer can see design

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 1 | **Kitchen Features:** Range/Oven Elec; Built-in | **Const - Finish:** Stucco | **County Code:** Maricopa |
| **Carport Spaces:** 0 | Microwave; Refrigerator; Non-laminate Counter; | **Construction:** Frame - Wood | **Legal Description (Abbrev):** LOT 1009 |
| **Total Covered Spaces:** 1 | Kitchen Island | **Roofing:** Comp Shingle | SCOTTSDALE ESTATES 8 LOTS 888-1013 |
| **Slab Parking Spaces:** 2 | **Master Bathroom:** 3/4 Bath Master Bdrm; 2 | **Fencing:** Block | MCR 007842 |
| **Pool Features:** Private | Master Baths | **Cooling:** Refrigeration | **AN:** 130-49-122 |
| **Spa:** Private | **Laundry:** Wshr/Dry HookUp Only | **Heating:** Electric | **Lot Number:** 1009 |
| **Horses:** N | **Dining Area:** Eat-in Kitchen; Dining in LR/GR | **Plumbing:** Electric Hot Wtr Htr | **Town-Range-Section:** 2N-4E-25 |
| **Fireplace:** No Fireplace | **Basement Y/N:** N | **Utilities:** SRP | **Cty Bk&Pg:** |
| **Property Description:** East/West Exposure | **Sep Den/Office Y/N:** N | **Water:** City Water | **Plat:** |
| **Landscaping:** Gravel/Stone Front; Gravel/Stone | **Items Updated:** Floor Yr Updated: 2021; Floor | **Sewer:** Sewer - Public | **Taxes/Yr:** $1,482/2021 |
| Back; Auto Timer H2O Front; Auto Timer H2O | Partial/Full: Full; Wiring Yr Updated: 2021; Wiring | **Technology:** HighSpd Intrnt Avail; Ntwrk Wrng | **Ownership:** Fee Simple |
| Back | Partial/Full: Full; Plmbg Yr Updated: 2021; Plmbg | Multi Rms | **New Financing:** Cash; VA; FHA; Conventional |
| **Exterior Features:** Covered Patio(s) | Partial/Full: Full; Ht/Cool Yr Updated: 2021; | | **Existing 1st Loan:** Treat as Free&Clear |
| **Features:** Vaulted Ceiling(s) | Ht/Cool Partial/Full: Full; Roof Yr Updated: 2021; | | **Existing 1st Ln Trms:** |
| **Flooring:** Laminate; Tile | Roof Partial/Full: Full; Kitchen Yr Updated: 2021; | | **Disclosures:** Seller Discl Avail; Agency Discl |
| **Windows:** Low-E | Kitchen Partial/Full: Full; Bath(s) Yr Updated: | | Req |
| | 2021; Bath(s) Partial/Full: Full; Rm Adtn Yr | | **Possession:** Close of Escrow |
| | Updated: 2021; Rm Adtn Partial/Full: Full; Pool Yr | | |
| | Updated: 2022; Pool Partial/Full: Full | | |

**Fees & Homeowner Association Information**

| **HOA Y/N:** N / / | |
|---|---|
| **HOA 2 Y/N:** / / | |
| **HOA 3 Y/N:** / / | |

| **Association Fee Incl:** No Fees | **Rec Center Fee Y/N:** / / | **Ttl Mthly Fee Equiv:** $0 |
|---|---|---|
| **Assoc Rules/Info:** None | **Rec Center Fee 2 Y/N:** / / | **Cap Imprv/Impact Fee:** |
| | **Land Lease Fee Y/N:** N / / | **Cap Imprv/Impt Fee 2:** |
| | **PAD Fee Y/N:** N / / | |

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 0 / 5 | **List Price:** $999,000 | **SA:** N / **BB:** Y / % 2.5 **Var:** N |
| **Status Change Date:** 02/12/2022 | **Sold Price:** $930,000 | **Other Compensation:** |
| **Close of Escrow Date:** 02/11/2022 | **Sold Price/SqFt:** $465.7 | **Special Listing Cond:** N/A |
| **Off Market Date:** 01/12/2022 | **Loan Type:** Conventional | |
| | **Loan Years:** 30 | |
| | **Payment Type:** Fixed | |
| | **Buyer Concess to Sell:** 0 $ | |
| | **Sellr Concess to Buy:** 0 $ | |
| | **Closing Cost Split:** Normal - N | |

*Listed by:* Urban Luxe Real Estate (ulre001)

Prepared by Beth Jo Zeitzer  *All information should be verified by the recipient and none is guaranteed as accurate by ARMLS.*  04/11/2022 9:59 AM © 2022 ARMLS and FBS.
**DND2 ( D** o **N** ot **D** isplay or **D** isclose) - the data in fields marked with DND2 is confidential, for agent use only, and may not be shared with customers or clients in any manner whatsoever.  DMCA

7118561281744551449



| 6343493 | Residential | Single Family - Detached | | Closed |
|---|---|---|---|---|



**Beds/Baths:** 4 / 3
**Bedrooms Plus:** 4
**Approx SqFt:** 2,035 / County Assessor
**Price/SqFt:** $479.12
**Year Built:** 1964
**Pool:** Private Only
**Encoded Features:** 43FRDXP2G2S
**Exterior Stories:** 1
**# of Interior Levels:** 1
**Dwelling Type:** Single Family - Detached
**Dwelling Styles:** Detached

**Approx Lot SqFt:** 8,793 / County Assessor
**Approx Lot Acres:** 0.202
**Subdivision:** VILLAGE GROVE 17
**Tax Municipality:** Scottsdale
**Marketing Name:**
**Planned Cmty Name:**
**Model:**
**Builder Name:** unknwn
**Hun Block:**
**Map Code/Grid:** P37
**Building Number:**

**Ele Sch Dist:** 048 - Scottsdale Unified District
**Elementary School:** Pima Elementary School
**Jr. High School:** Supai Middle School

**High School Dist #:** 048 - Scottsdale Unified District
**High School:** Coronado High School

**Cross Streets:** Osborn Road & Granite Reef Road **Directions:** From Osborn Road, go south on Granite Reef Road to Cheery Lynn Road. West to home on right.

**Public Remarks:** BRAND NEW OLD TOWN FULL REMODEL! This 4 bed/3 bath home was recently completed and is equipped with every thing new including: full underground plumbing and water lines, all electrical, LED can lights, tile flooring, doors, energy efficient windows, blinds, kitchen and bathroom cabinets/vanities, carpet, fire sprinkler system, paint, granite, interior/exterior light fixtures, outside turf and insulation! NEW NEW NEW with all permits completed through the city of Scottsdale. This house is in a family friendly neighborhood and just a few minutes to Old Town, Fashion Square, spring training and easy access to the highway for any commute! Close to the canal for running, biking and walking!

| Features | Room Details | Construction & Utilities | County, Tax and Financing |
|---|---|---|---|
| **Garage Spaces:** 2<br>**Carport Spaces:** 0<br>**Total Covered Spaces:** 2<br>**Slab Parking Spaces:** 2<br>**Road Responsibility:** City Maintained Road<br>**Spa:** None<br>**Horses:** N<br>**Fireplace:** 1 Fireplace; Fireplace Family Rm; Gas Fireplace<br>**Property Description:** Corner Lot<br>**Landscaping:** Gravel/Stone Front; Synthetic Grass Frnt; Synthetic Grass Back; Auto Timer H2O Front; Auto Timer H2O Back<br>**Exterior Features:** Storage<br>**Features:** Fire Sprinklers<br>**Community Features:** Biking/Walking Path<br>**Flooring:** Carpet; Tile<br>**Windows:** Sunscreen(s); Dual Pane; Vinyl Frame | **Kitchen Features:** 220 Volts in Kitchen; Range/Oven Elec; Cook Top Elec; Disposal; Dishwasher; Built-in Microwave; Refrigerator; Engy Star (See Rmks); Pantry; Granite Countertops<br>**Master Bathroom:** Full Bth Master Bdrm; Double Sinks<br>**Master Bedroom:** Downstairs<br>**Additional Bedroom:** Other Bdrm Split; Other Bdrm Dwnstrs<br>**Laundry:** Washer Included; Dryer Included; Inside<br>**Dining Area:** Formal; Breakfast Bar<br>**Basement Y/N:** N<br>**Sep Den/Office Y/N:** N<br>**Other Rooms:** Family Room<br>**Items Updated:** Floor Yr Updated: 2021; Floor Partial/Full: Full; Wiring Yr Updated: 2021; Wiring Partial/Full: Full; Plmbg Yr Updated: 2021; Plmbg Partial/Full: Full; Ht/Cool Yr Updated: 2021; Ht/Cool Partial/Full: Full; Roof Yr Updated: 2010; Kitchen Yr Updated: 2021; Kitchen Partial/Full: Full; Bath(s) Yr Updated: 2021; Bath(s) Partial/Full: Full; Rm Adtn Yr Updated: 2021; Rm Adtn Partial/Full: Full; Pool Yr Updated: 2021; Pool Partial/Full: Partial | **Unit Style:** All on One Level<br>**Const - Finish:** Painted; Siding<br>**Construction:** Frame - Wood; Slump Block; Ducts Professionally Air-Sealed<br>**Roofing:** Comp Shingle<br>**Fencing:** Block<br>**Cooling:** Refrigeration; Ceiling Fan(s)<br>**Heating:** Ceiling; Electric<br>**Plumbing:** Dual Flush Toilet; Electric Hot Wtr Htr; Engy Star Ht Wtr Htr<br>**Utilities:** SRP; SW Gas<br>**Water:** City Water<br>**Sewer:** Sewer - Public<br>**Services:** City Services<br>**Technology:** Cable TV Avail; HighSpd Intrnt Aval | **County Code:** Maricopa<br>**Legal Description (Abbrev):** LOT 107 VILLAGE GROVE 17 MCR 009718<br>**AN:** 130-36-109<br>**Lot Number:** 107<br>**Town-Range-Section:** 2N-4E-25<br>**Cty Bk&Pg:**<br>**Plat:**<br>**Taxes/Yr:** $2,126/2021<br>**Ownership:** Fee Simple<br>**New Financing:** Cash; FHA; Conventional<br>**Existing 1st Loan:** Treat as Free&Clear<br>**Existing 1st Ln Trms:**<br>**Disclosures:** Seller Discl Avail; Agency Discl Req<br>**Possession:** Close of Escrow |

**Fees & Homeowner Association Information**

| HOA Y/N: N / / | |
|---|---|
| **HOA 2 Y/N:** / / | |
| **HOA 3 Y/N:** / / | |

| **Association Fee Incl:** No Fees<br>**Assoc Rules/Info:** None | **Rec Center Fee Y/N:** / /<br>**Rec Center Fee 2 Y/N:** / / /<br>**Land Lease Fee Y/N:** N / /<br>**PAD Fee Y/N:** N / / | **Ttl Mthly Fee Equiv:** $0<br>**Cap Imprv/Impact Fee:**<br>**Cap Imprv/Impt Fee 2:** |
|---|---|---|

| Listing Dates | Pricing and Sale Info | Listing Contract Info |
|---|---|---|
| **CDOM/ADOM:** 17 / 18<br>**Status Change Date:** 02/08/2022<br>**Close of Escrow Date:** 02/07/2022<br>**Off Market Date:** 02/08/2022 | **List Price:** $999,000<br>**Sold Price:** $975,000<br>**Sold Price/SqFt:** $479.12<br>**Loan Type:** Cash<br>**Buyr Concess to Sell:** 0 %<br>**Sellr Concess to Buy:** 0 %<br>**Closing Cost Split:** Normal - N | **SA:** N / **BB:** Y / % 2.5 % **Var:** N<br>**Other Compensation:**<br>**Special Listing Cond:** Owner/Agent |

Listed by: My Home Group Real Estate (myhg02)

**Front View**



**Front Corner View2**



**Front Corner View**



**Entry**



**Front Entry to Great Room**



**Great Room**



**Great Room2**



**Great Room3**



**Kitchen-Bar**



**Kitchen2**



**Kitchen**



**Kitchen3**



**Dining Room**



**Dining Room2**



**Dining Room-Fireplace**

**Dining Room-Kitchen**



**Master Bedroom**



**Master Bedroom2**



**Master Bath-Shower**



**Master Bath**



**Master Bath2**



**4th Bedroom**



**Hall Bath**



**Hall bathroom**



**3rd Bedroom connected to jack n jill**



**3rd Bedroom**



**Jack-n-Jill Bath**



**Jack-n-Jill Bath-tub**

**2nd Bedroom connected to jack n jill**



**Covered Patio**





**Grass Area**



**Laundry Room**



**Area Walking Paths**



# EXHIBIT D

Unofficial
Document

| Form 668 (Y)(c) | 14742 | Department of the Treasury - Internal Rev |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Li** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 829-3903 | Serial Number 219781016 |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JAIME CHAMBERLAIN & RICK WELLS

Residence        3370 N HAYDEN ROAD STE 123-524
                 SCOTTSDALE, AZ 85251-6632

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20160479500  07/08/2016  09
PAPER RECORDING
0573682-1-142-64
henrya

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2011 | XXX-XX-5197 | 08/11/2014 | 09/10/2024 | 138040.43 |

| Place of Filing | COUNTY RECORDER MARICOPA COUNTY PHOENIX, AZ 85003 | Total $ | 138040.43 |
|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___01st___ day of ___July___, ___2016___.

| Signature  *Cheryl Cordero* for G.J. CARTER-LOUIS | Title ACS SBSE (800) 829-3903 | 26-00-0008 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien

Rev. Rul. 71-466, 1971-2 C.B. 409                                    Form 668(Y)(c) (Rev. 2-2004)
                                                                     CAT. NO 60025X

Unofficial Document

| | 18334 | Department of the Treasury - Internal Rev |
|---|---|---|
| **Form 668 (Y)(c)**<br>(Rev. February 2004) | | **Notice of Federal Tax Lie** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>398814319 |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer JAMIE CHAMBERLAIN & RICK WELLS

Residence      3370 N HAYDEN RD STE 123 # 524
           SCOTTSDALE, AZ 85251-6632

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES 12/31/2019 10
20191059662   PAPER RECORDING
1515135-1-157-86
perezn

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2015 | XXX-XX-5197 | 11/21/2016 | 12/21/2026 | 27403.40 |

| Place of Filing | | |
|---|---|---|
|      COUNTY RECORDER<br>     MARICOPA COUNTY<br>     PHOENIX, AZ 85003 | Total $ | 27403.40 |

This notice was prepared and signed at     SEATTLE, WA                       , on this,

the    19th    day of    December    , 2019 .

| Signature<br><br>for G.J. CARTER-LOUIS | Title<br>ACS SBSE<br>(800) 829-3903 | 26-00-0008 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X